**2100 B (12/15)**

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 19-20911-GLT
Chapter 13

In re: Debtor(s) (including Name and Address)

Ashley M. Yohe
3134 Algonquin Trail
New Kensington PA 15068

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 12/10/2019.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 5: PHEAA, PO Box 8147, Harrisburg, PA 17105 | ECMC<br>PO BOX 16408<br>ST. PAUL, MN 55116-0408 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   12/13/19

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 19-20911-GLT
Ashley M. Yohe                                                      Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: bsil              Page 1 of 1              Date Rcvd: Dec 11, 2019
                              Form ID: trc            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 13, 2019.
15020830       +PHEAA,   PO Box 8147,   Harrisburg, PA 17105-8147

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 10, 2019 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
              Kevin Scott Frankel    on behalf of Creditor    Andrews Federal Credit Union pabk@logs.com
              Lauren M. Lamb    on behalf of Debtor Ashley M. Yohe
               julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@s
               teidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@stei
               dl-steinberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Gas Company LLC, f/k/a Peoples TWP LLC
               sjw@sjwpgh.com,    srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                                 TOTAL: 6