IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| Ashley M. Yohe, | ) | Case No. 19-20911-GLT |
| | ) | Chapter 13 |
| Debtor | ) | Docket No. |
| | ) | |
| Ashley M. Yohe, | ) | |
| | ) | |
| Movant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Andrews Federal Credit Union, | ) | |
| | ) | |
| Respondent | ) | |

## **CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that on April 21, 2021, a true and correct copy of the *Order of Court dated April 20, 2021* was served upon the following persons and parties by first-class, U.S. mail unless otherwise indicated:

Ronda J. Winnecour, Trustee Via
ECF mail

Ashley Yohe
3134 Algonquin Trail
New Kensington, PA 15068

Office of the United States Trustee
Suite 970, Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

Shapiro & DeNardo, LLC
Attn: Kristen Little
Via ECF mail

Andrews Federal Credit Union
5711 Allentown Road
Suitland, MD 20746
Attn: Jim Hayes, President & CEO

Date of Service: April 21, 2021

                                        /s/ Lauren M. Lamb
                                        Lauren M. Lamb, Esquire
                                        Attorney for the Debtor

STEIDL & STEINBERG
Suite 2830, Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000
Llamb@steidl-steinberg.com
PA I.D. No. 209201