IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| Ashley M. Yohe, | ) | Case No. 19-20911-GLT |
| | ) | Chapter 13 |
|    Debtor | ) | Docket No. |
| | ) | |
| Ashley M. Yohe, | ) | |
| | ) | |
|    Movant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Andrews Federal Credit Union, | ) | |
| | ) | |
|    Respondent | ) | |

## STATUS REPORT REGARDING MOTION FOR STATUS CONFERENCE AND PAYMENT OF ATTORNEY FEES

AND NOW, comes the debtor, Ashley M. Yohe, by and through her attorney, Lauren Lamb and Steidl and Steinberg, and respectfully represents as follows:

1. Debtor filed a Motion for Status Conference and Payment of Attorney Fees on April 1, 2021 at docket number 40 in order to address multiple issues with Respondent, mainly incorrect loan histories for Debtor's first and second mortgages, inaccurate credit reporting and failure to timely pay escrowed real estate taxes.

2. This Honorable Court held a Status Conference on May 5, 2021 at which time Respondent was ordered to provide corrected loan histories for Debtor's first and second mortgages to Debtor by June 4, 2021 and Debtor was ordered to file this Status Report by June 11, 2021.

3. Respondent provided updated loan histories to Debtor on June 4, 2021.

4. Debtor's counsel reviewed the updated loan histories on June 7, 2021. The review revealed that Respondent did attempt to correct the loan histories, but that both loan histories are still inaccurate.

5. Debtor's counsel and Respondent's counsel spoke via telephone on June 7, 2021 for approximately 30 minutes. In principle, the parties agree as to the issues that still need to be corrected on the loan histories. The parties believe that they cannot address the ancillary issues, such as corrected credit reporting, corrected 1098s and payment of Debtor's attorney fees until the loan histories are corrected.

                                                                      Respectfully submitted,

<u>June 11, 2021</u>                                  <u>/s/Lauren M. Lamb</u>
      DATE                                  Lauren M. Lamb, Esquire
                                              Attorney for Movant
                                              STEIDL & STEINBERG
                                              Suite 2830 – Gulf Tower
                                              707 Grant Street
                                              Pittsburgh, PA  15219
                                              (412) 391-8000
                                              PA I. D. No.  209201
                                              llamb@steidl-steinberg.com