FILED
6/17/21 2:48 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 19-20911-GLT |
| | : | Chapter: | 13 |
| Ashley M. Yohe | : | | |
| | : | | |
| | : | Date: | 6/16/2021 |
| Debtor(s). | : | Time: | 09:00 |

## PROCEEDING MEMO

*MATTER:*   #45 Continued Status Conference on Payment of Attorney Fees of Andrews Federal Credit Union filed by Debtor
#49 Status Report filed by Debtor

*APPEARANCES*:
   Debtor:   Lauren M. Lamb
   Adrews FCU:   Kristen Little

*NOTES:* (9:37)

Lamb: Since I filed the status report I spoke with Attny Little and two reps from Andrews FCU.    I was able to explain my concerns re: the loan history, so the plan is that we're going to give Andrews FCU another attempt to correct the loan histories. We may need to create a loan history and feed it to Andrews FCU.   If I can get updated loan histories within a month from now we'll be able to address the other issues before the next hearing.

Little:   I'm planning on scheduling some conference calls with Andrews FCU which should help.

Court: The sooner this can be wrapped up, the less any fees would be, both from debtor's counsel and the credit union's counsel.   Updated loan histories due by July 16 and this matter will be continued to August 18 at 9 a.m.   With a status report one week prior, August 11.

*OUTCOME:*

1. Debtor's *Status Conference on Payment of Attorney Fees of Andrews Federal Credit Union* [Dkt. No. 45] is CONTINUED to August 18, 2021 at 9 a.m. On or before July 16, 2021, Andrews Federal Credit Union shall provide the Debtor with corrected and reconciled loan histories for both loans it holds involving the Debtor, as well as an updated escrow analysis.   On or before August 11, 2021, the Debtor shall file a status report to the extent any outstanding disputes remain unresolved.  [Text Order to Issue]

**DATED:**  6/16/2021