IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| Ashley M. Yohe, | ) | Case No.  19-20911-GLT |
| | ) | Chapter 13 |
| Debtor | ) | Docket No. 51 |
| | ) | |
| Ashley M. Yohe, | ) | |
| | ) | |
| Movant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Andrews Federal Credit Union, | ) | |
| | ) | |
| Respondent | ) | |

## SECOND STATUS REPORT REGARDING MOTION FOR STATUS CONFERENCE AND PAYMENT OF ATTORNEY FEES

AND NOW, comes the debtor, Ashley M. Yohe, by and through her attorney, Lauren Lamb and Steidl and Steinberg, and respectfully represents as follows:

1. Debtor filed a Motion for Status Conference and Payment of Attorney Fees on April 1, 2021 at docket number 40 in order to address multiple issues with Respondent, mainly incorrect loan histories for Debtor's first and second mortgages, inaccurate credit reporting and failure to timely pay escrowed real estate taxes.

2. This Honorable Court held a Status Conference on May 5, 2021, which was continued to June 16, 2021.  At the June 16th Status Conference, Respondent was ordered to provide corrected loan histories for Debtor's first and second mortgages to Debtor by July 16, 2021 and Debtor was ordered to file this Status Report by August 11, 2021.

3. Debtor was not provided with updated loan histories by July 16, 2021 and has not been provided with updated loan histories as of the date of the filing of this Status Report.

                                              Respectfully submitted,

| July 26, 2021 | /s/Lauren M. Lamb |
|---|---|
| DATE | Lauren M. Lamb, Esquire |
| | Attorney for Movant |
| | STEIDL & STEINBERG |
| | Suite 2830 – Gulf Tower |
| | 707 Grant Street |
| | Pittsburgh, PA  15219 |
| | (412) 391-8000 |
| | PA I. D. No.  209201 |
| | llamb@steidl-steinberg.com |