IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
7/30/21 12:52 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| In re: | Case No. 19-20911-GLT |
| **ASHLEY M. YOHE,** | Chapter 13 |
| *Debtor,* | |
| **ASHLEY M. YOHE,** | Related to Dkt. No. 53 |
| *Movant,* | |
| v. | |
| **ANDREWS FEDERAL CREDIT UNION**, | |
| *Respondent,* | |

## ORDER SCHEDULING A STATUS CONFERENCE

This matter is before the Court upon the *Second Status Report* [Dkt. No. 50] filed by the Debtor. The Debtor initially filed a Motion for Status Conference and Payment of Attorney Fees [Dkt. No. 40] on April 1, 2021. A hearing was scheduled for May 5, 2021. A response was filed by Andrews Federal Credit Union [Dkt. No. 44]. The Court directed Andrews Federal Credit Union to provide to the Debtor corrected and reconciled loan histories.[1] The hearing was continued to June 11, 2021. Andrews Federal Credit Union has failed to comply with two of the Court Order's.[2]

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

A Status Conference is scheduled for **August 5, 2021** at **11 a.m.** The hearing will be held via Zoom Video conference. All parties wishing to appear at the Video conference must pre-register by submitting a registration form via the link published on Judge Taddonio's website (which can be found at http://www.pawb.uscourts.gov/judge-taddonios-video-conference-

---

[1] *Court's Order Dated May 5, 2021 [Dkt. No. 48]*
[2] *Court's Order Dated June 22, 2021 [Dkt. No. 52]*

hearing-information) no later than **4 p.m.** on the business day prior to the scheduled hearing. All counsel and parties participating by video conference shall comply with Judge Taddonio's *Modified Procedures for Remote Participation* (effective October 1, 2020), (which can be found at http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt-proc-appearances.pdf.)

      Movant shall immediately serve a copy of this Order on respondent(s), their counsel, and the Trustee.

Dated: July 30, 2021

_____
GREGORY L. TADDONIO **jah**
UNITED STATES BANKRUPTCY JUDGE

cm: Debtors
    Lauren Lamb, Esq.

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Ashley M. Yohe  
    Debtor

Case No. 19-20911-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: bsil      Page 1 of 2  
Date Rcvd: Jul 30, 2021      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 01, 2021:**

**Recip ID    Recipient Name and Address**  
db      + Ashley M. Yohe, 3134 Algonquin Trail, New Kensington, PA 15068-8736

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 30, 2021 at the address(es) listed below:**

**Name**      **Email Address**

Brian Nicholas  
     on behalf of Creditor Toyota Lease Trust bnicholas@kmllawgroup.com

Kevin Scott Frankel  
     on behalf of Creditor Andrews Federal Credit Union pabk@logs.com logsecf@logs.com

Kristen D. Little  
     on behalf of Creditor Andrews Federal Credit Union pabk@logs.com klittle@logs.com;logsecf@logs.com

Lauren M. Lamb  
     on behalf of Debtor Ashley M. Yohe julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com

Office of the United States Trustee  
     ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

District/off: 0315-2 User: bsil Page 2 of 2
Date Rcvd: Jul 30, 2021 Form ID: pdf900 Total Noticed: 1

cmecf@chapter13trusteewdpa.com

S. James Wallace

on behalf of Creditor Peoples Gas Company LLC  f/k/a Peoples TWP LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com

TOTAL: 7