**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: Ashley M. Yohe f/k/a Ashley M. Glock<br>　　　Debtor<br>_____<br>Ashley M. Yohe,<br><br>　　　Movant,<br>v.<br><br>Andrews Federal Credit Union,<br><br>　　　Respondent. | Bankruptcy No. 19-20911/GLT<br><br>Chapter 13<br><br>Related to Doc # 54 |

**CONSENT MOTION FOR CONTINUATION OF**
**THE STATUS CONFERENCE SCHEDULED FOR AUGUST 5, 2021**

Andrews Federal Credit Union, Inc. (the "Respondent"), by and through counsel, files this Consent Motion to Continue the Status Conference scheduled for August 5, 2021, and in support hereof states as follows:

BACKGROUND

1. Debtor originally filed a Motion for Status Conference and Payment of Attorney's Fees on April 1, 2021 at Doc. No. 40.

2. A hearing on Debtor's Motion was scheduled for May 5, 2021.

3. A response to Debtor's Motion was filed by Respondent at Doc. No. 44.

4. On May 5, 2021, the Court directed Respondent to provide corrected and reconciled loan histories to Debtor and rescheduled the hearing to June 16, 2021 at Doc. No. 48.

5. On June 16, 2021, the Court again directed Respondent to provide corrected and reconciled loan histories to Debtor and rescheduled the hearing for August 18, 2001 at Doc. No. 51.

6. On July 26, 2021, Debtor submitted its Second Status Report regarding the Motion for Status Conference at Doc. No. 53.

7. On July 30, 2021, the Court scheduled a Status Conference for August 5, 2021 at 11 a.m. at Doc. No. 54.

## RELIEF REQUESTED

8. Through this Motion, Respondent is requesting a short continuance of the August 5, 2021 Status Conference to a time during the week of August 9, 2021 as counsel for Respondent, Kristen D. Little, Esquire is out of the office the week of August 2, 2021 and is unavailable.

9. Respondent's counsel has spoken with counsel for Debtor, who has consented to the request.

10. Respondent's counsel has also provided further information to Debtor's counsel for her review concerning the matters discussed in Debtor's initial Motion for Status Conference.

WHEREFORE, Andrews Federal Credit Union respectfully requests this Honorable Court grant this Motion and enter an Order, substantially in the form attached hereto, continuing the August 5, 2021 Status Conference to a time during the week of August 9, 2021.

Respectfully Submitted,

By: */s/ Christopher A. DeNardo*

Date: August 2, 2021

Christopher A. DeNardo, PA ID No. 78447
Kristen D. Little, PA ID No. 79992
LOGS Legal Group LLP
3600 Horizon Drive, Suite 150
King of Prussia, PA  19406
(610) 278-6800/fax (847) 954-4809
cdenardo@logs.com
klittle@logs.com
pabk@logs.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Ashley M. Yohe f/k/a Ashley M. Glock<br>Debtor<br>_____<br>Ashley M. Yohe,<br><br>    Movant,<br>v.<br><br>Andrews Federal Credit Union,<br><br>    Respondent. | Bankruptcy No. 19-20911/GLT<br><br>Chapter 13<br><br>Related to Doc # 56 |

## ORDER OF COURT

Upon consideration of the referenced Consent Motion for a Continuation of the Status Conference Scheduled for August 5, 2021, and notice appearing appropriate and good cause appearing therefor, it is hereby

ORDERED that the Motion is GRANTED; and it is further Ordered that the Status Conference scheduled by the Court for August 5, 2021 is rescheduled to August _____, 2021, at _____ a.m./p.m.

Honorable Gregory L. Taddonio
United States Bankruptcy Court Judge