# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Ashley M. Yohe f/k/a Ashley M. Glock  Debtor | Bankruptcy No. 19-20911/GLT |
| Ashley M. Yohe, | Chapter 13 |
|  Movant, | Related to Doc # 56 |
| v. | |
| Andrews Federal Credit Union, | |
|  Respondent. | |

## CERTIFACATION OF SERVICE OF CONSENT MOTION FOR CONTINUATION OF THE STATUS CONFERENCE SCHEDULED FOR AUGUST 5, 2021

I the undersigned, hereby certify I served true and correct copies of the above-captioned pleading and proposed Order on the attached list on August 2, 2021. The type of service made on the parties was by first class mail unless otherwise noted:

Ashley M. Yohe
3134 Algonquin Trail
New Kensington, PA  15068

Lauren M. Lamb, Esquire
707 Grant Street
28th Floor, Gulf Tower
Pittsburgh, PA  15219
Sent via electronic notification to llamb@steidl-steinberg.com

Ronda J. Winnecour, Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA  15219
Sent via electronic notification cmecf@chapter13wdpa.com

                                          Respectfully Submitted,

                                          By: */s/ Christopher A. DeNardo*

Date:  August 2, 2021               Christopher A. DeNardo, PA ID No. 78447
                                          Kristen D. Little, PA ID No. 79992
                                          LOGS Legal Group LLP
                                          3600 Horizon Drive, Suite 150
                                          King of Prussia, PA  19406
                                          (610) 278-6800/fax (847) 954-4809
                                          cdenardo@logs.com
                                          klittle@logs.com
                                          pabk@logs.com