IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| Ashley M. Yohe, ) | Case No. 19-20911-GLT |
| ) | Chapter 13 |
| Debtor ) | Docket No. |
| ) | |
| Ashley M. Yohe, ) | |
| ) | |
| Movant ) | |
| ) | |
| vs. ) | |
| ) | |
| Andrews Federal Credit Union, ) | |
| ) | |
| Respondent ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on August 2, 2021, a true and correct copy of the *Order of Court dated July 30, 2021* was served upon the following persons and parties by first-class, U.S. mail unless otherwise indicated:

Ronda J. Winnecour, Trustee
Via ECF mail

Ashley Yohe
3134 Algonquin Trail
New Kensington, PA 15068

Office of the United States Trustee
Suite 970, Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

Shapiro & DeNardo, LLC
Attn: Kristen Little
Via ECF mail

Andrews Federal Credit Union
5711 Allentown Road
Suitland, MD 20746
Attn: Jim Hayes, President & CEO

Date of Service: August 2, 2021

/s/ Lauren M. Lamb
Lauren M. Lamb, Esquire
Attorney for the Debtor

STEIDL & STEINBERG  
Suite 2830, Gulf Tower  
707 Grant Street  
Pittsburgh, PA 15219  
(412) 391-8000  
Llamb@steidl-steinberg.com  
PA I.D. No. 209201