**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: Ashley M. Yohe f/k/a Ashley M. Glock<br>　　　Debtor<br><br>_____<br>Ashley M. Yohe,<br><br>　　　Movant,<br>v.<br><br>Andrews Federal Credit Union,<br><br>　　　Respondent. | Bankruptcy No. 19-20911/GLT<br><br>Chapter 13<br><br>Related to Dkt. No. 53, 56 |

**MODIFIED ORDER**

Upon consideration of the referenced Consent Motion for a Continuation of the Status Conference Scheduled for August 5, 2021, and notice appearing appropriate and good cause appearing therefor, it is hereby

ORDERED that the Motion is GRANTED; and it is further Ordered that the Status Conference scheduled by the Court for August 5, 2021 is rescheduled to August 18, 2021, at 9 a.m. by Zoom video conference hearing.    All parties wishing to appear at the Video conference Hearing must pre-register by submitting a registration form via the link published on Judge Taddonio's website by no later than **4 p.m. on the business day** prior to the scheduled hearing.

The parties shall file a joint status report on August 16, 2021 by 12 p.m.

Dated:  August 3, 2021

_____
GREGORY L. TADDONIO  jah
UNITED STATES BANKRUPTCY JUDGE

Case Administrator to serve:
Lauren Lamb, Esq.
Kristen Little, Esq.
Christopher DeNardo, Esq.

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-20911-GLT |
| Ashley M. Yohe | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: lfin | Page 1 of 2 |
| Date Rcvd: Aug 03, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol        Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 05, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Ashley M. Yohe, 3134 Algonquin Trail, New Kensington, PA 15068-8736 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2021                    Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 3, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Creditor Toyota Lease Trust bnicholas@kmllawgroup.com |
| Christopher A. DeNardo | |
| | on behalf of Creditor Andrews Federal Credit Union pabk@logs.com  logsecf@logs.com;klittle@logs.com;cdenardo@logs.com |
| Kevin Scott Frankel | |
| | on behalf of Creditor Andrews Federal Credit Union pabk@logs.com  logsecf@logs.com |
| Kristen D. Little | |
| | on behalf of Creditor Andrews Federal Credit Union pabk@logs.com  klittle@logs.com;logsecf@logs.com |
| Lauren M. Lamb | |
| | on behalf of Debtor Ashley M. Yohe julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@steidl-steinberg.com;Lamb LR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |

District/off: 0315-2                          User: lfin                                   Page 2 of 2

Date Rcvd: Aug 03, 2021                       Form ID: pdf900                              Total Noticed: 1

Office of the United States Trustee
                       ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                       cmecf@chapter13trusteewdpa.com

S. James Wallace
                       on behalf of Creditor Peoples Gas Company LLC  f/k/a Peoples TWP LLC ecfpeoples@grblaw.com,
                       PNGbankruptcy@peoples-gas.com


TOTAL: 8