IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| Ashley M. Yohe, | ) | Case No.  19-20911-GLT |
| | ) | Chapter 13 |
| Debtor | ) | Docket No. 57 |
| | ) | |
| Ashley M. Yohe, | ) | |
| | ) | |
| Movant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Andrews Federal Credit Union, | ) | |
| | ) | |
| Respondent | ) | |

## JOINT STATUS REPORT REGARDING MOTION FOR STATUS CONFERENCE AND PAYMENT OF ATTORNEY FEES

AND NOW, come the debtor, Ashley M. Yohe, by and through her attorney, Lauren

Lamb and Steidl and Steinberg, and Respondent, Andrews Federal Credit Union, by and through

its attorney, Kristen D. Little and respectfully represent as follows:

1. Debtor filed a Motion for Status Conference and Payment of Attorney Fees on April 1,

   2021 at docket number 40 in order to address multiple issues with Respondent, mainly

   incorrect loan histories for Debtor's first and second mortgages, inaccurate credit

   reporting and failure to timely pay escrowed real estate taxes.

2. This Honorable Court held a Status Conference on May 5, 2021, which was continued to

   June 16, 2021.  At the June 16th Status Conference, Respondent was ordered to provide

   corrected loan histories for Debtor's first and second mortgages to Debtor by July 16,

   2021 and Debtor was ordered to file this Status Report by August 11, 2021.

3.  Debtor filed a Second Status Report on July 26, 2021 stating that the updated loan histories had not yet been provided.

4.  This Honorable Court scheduled a Status Conference for August 5, 2021, which was subsequently rescheduled, by consent, to August 18, 2021.  Debtor and Respondent were ordered to file this Joint Status Report by noon on August 16, 2021.

5.  Since the Second Status Report filed by Debtor on July 26, 2021, Respondent has stated that its computer system does not have the ability to correct Debtor's loan history by back-dating transactions.  As such, Respondent has manually prepared an updated loan history for Debtor's first mortgage, which was provided to Respondent's counsel late in the day on August 13, 2021 and to Debtor's counsel the morning of August 16, 2021. Neither counsel has had the opportunity to review this manually-prepared loan history as of the filing of this Joint Status Report.

6.  Debtor and Respondent have had preliminary discussions regarding the reimbursement of Debtor's counsel's fees. Respondent has committed to a dollar amount and provided that number to Debtor's counsel.   However, Debtor and her counsel have concluded at this time it is premature to reach any agreement on this issue due to the number of other issues that are still unresolved.

Respectfully submitted,

August 16, 2021
DATE

/s/Lauren M. Lamb
Lauren M. Lamb, Esquire
Attorney for Movant
STEIDL & STEINBERG
Suite 2830 – Gulf Tower
707 Grant Street
Pittsburgh, PA  15219
(412) 391-8000
PA I. D. No.  209201

llamb@steidl-steinberg.com

August 16, 2021_____
DATE

/s/ Kristen D. Little_____
Kristen D. Little, Esquire
Attorney for Respondent
LOGS Legal Group
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
610-278-6800 x71164
PA I.D. No. 79992
klittle@logs.com