IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
9/23/21 4:15 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

In re:                                              :     Case No.:   19-20911-GLT
                                                    :     Chapter:    13
Ashley M. Yohe                                      :
                                                    :
                                                    :     Date:       9/22/2021
         *Debtor(s).*                               :     Time:       09:00

## PROCEEDING MEMO

**MATTER:**   #40 - Debtor's Motion for Status Conference and Payment of Attorney Fees of Andrews Federal Credit Union

#53 - Continued Status Conference on Debtor's Second Status Report with Andrews Federal Credit Union
#65 Status Report filed by Debtor

**APPEARANCES**:
         Debtor:        Lauren M. Lamb
         Trustee:       Owen Katz
         Andrews FCU:   Kristen Little

**NOTES: [9:25]**
Lamb: After providing my accounting, the credit union raised an issue with the 2nd mortgage, specifically the interest rate; there is an interest rate floor.
    -Most time sensitive issue is amended 1098 documentation and filing tax returns for 2019 and 2020
    -Inaccurate credit reports for debtor that need to be resolved
    -Escrow shortage needs to be corrected
    -Tax returns on extension until October 15

Little: Moving towards resolution; drafting the 1098 documentation. Debtor is interested in refinancing at the more favorable interest rate. Blame belongs to miscommunication. Credit union now using outside counsel to draft agreement.

Court: Expected timeframe? (Little says 60 days but Lamb prefers a shorter turnaround)
    -Context for Court's approach, it's time for the credit union to wrap this up

Court: Can amended 1098 forms be completed within a week?
Little: Will tell client that these need to be done
Court will entertain continued hearing on October 20, 2021 at 9 a.m if necessary.

**OUTCOME:**

1. The *Motion for Status Conference and Payment of Attorney Fees* [Dkt. No. 40] is CONTINUED to November 17, 2021 at 9 a.m. [Chambers to issue order that (a) Andrews FCU must complete and issue to debtor debtor's amended 1098 forms by September 30, 2021; (b) With respect to any alleged inaccuracies on the debtor's credit report, all issues must be corrected by September 30, 2021; (c) any escrow accounting shortage must be corrected by October 22, 2021; and (d) any agreement to refinance the debt or otherwise document a global resolution of the case must be completed by October 22, 2021.]

**DATED:** 9/22/2021