FILED
10/4/21 8:16 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: : | Case No. 19-20911-GLT |
| **ASHLEY M. YOHE**, : | Chapter 13 |
| *Debtor*. : | |
| **ASHLEY M. YOHE**, : | |
| *Movant*. : | |
| v. : | Related to Dkt. Nos. 40, 53, and 65 |
| **ANDREWS FEDERAL CREDIT UNION**, : | |
| *Respondent*. : | |

**<u>ORDER</u>**

The matter is before the Court on the Debtor's *Motion for Status Conference and Payment of Attorney Fees* [Dkt. No. 40]. The Court conducted a continued status conference on September 22, 2021 (the "<u>Hearing</u>"). At the Hearing, Andrews Federal Credit Union ("Andrews FCU") indicated that progress had been made with the Debtor to reach a final resolution. On the other hand, Debtor identified several time sensitive issues that need to be remedied by Andrews FCU before Debtor can amend and file her tax returns for 2019 and 2020. This Court acknowledges the lengthy delay from Andrews FCU and is compelled to set deadlines to ensure the Debtor can timely file her tax returns by October 15, 2021.

For the reasons stated on the record, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED**:

1.  The Hearing is **CONTINUED** to November 17, 2021 at 9 a.m. in Courtroom "A", 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania 15219

and concurrently via Zoom video conference. All parties wishing to appear by video conference must register by submitting a video conference registration form via the link published on Judge Taddonio's website (which can be found at http://www.pawb.uscourts.gov/judge-taddonios-video-conference-hearing-information) no later than **4 p.m.** on the business day prior to the scheduled hearing. All counsel and parties participating by video conference shall comply with Judge Taddonio's *Modified Procedures for Remote Participation* (effective October 1, 2020), (which can be found at http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt-proc-appearances.pdf.)

2. On or before **September 30, 2021 at 5 p.m**., Andrews FCU shall:

    a. complete and issue to Debtor an amended 1098 tax form for 2019, and a 1098 form for 2020; and

    b. correct and/or reconcile any alleged inaccuracies appearing on the Debtor's credit report which may be attributable to its inaccurate accounting of the loan obligations and payments.

3. On or before **October 22, 2021**, Andrews FCU shall:

    a. correct and update its escrow account analysis to incorporate the reconciled payment history agreed to by the parties; and

    b. provide the Debtor with copies of any agreements or loan documents necessary to refinance the debt or otherwise document a global resolution of the case.

        4.        The trustee shall serve a copy of this *Order* on all parties in interest and shall file a certificate of service within three (3) business days.

Dated: October 4, 2021

                                                  GREGORY L. TADDONIO  jah
                                                  UNITED STATES BANKRUPTCY JUDGE

<u>Case administrator to mail to:</u>
Debtor
Kristen Little

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Ashley M. Yohe  
    Debtor

Case No. 19-20911-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: bsil      Page 1 of 2  
Date Rcvd: Oct 04, 2021      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 06, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Ashley M. Yohe, 3134 Algonquin Trail, New Kensington, PA 15068-8736 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 4, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Toyota Lease Trust bnicholas@kmllawgroup.com |
| Christopher A. DeNardo | on behalf of Creditor Andrews Federal Credit Union pabk@logs.com  logsecf@logs.com;klittle@logs.com;cdenardo@logs.com |
| Kevin Scott Frankel | on behalf of Creditor Andrews Federal Credit Union pabk@logs.com  logsecf@logs.com |
| Kristen D. Little | on behalf of Creditor Andrews Federal Credit Union pabk@logs.com  klittle@logs.com;logsecf@logs.com |
| Lauren M. Lamb | on behalf of Debtor Ashley M. Yohe julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |

District/off: 0315-2 User: bsil Page 2 of 2
Date Rcvd: Oct 04, 2021 Form ID: pdf900 Total Noticed: 1

Office of the United States Trustee
   ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
   cmecf@chapter13trusteewdpa.com

S. James Wallace
   on behalf of Creditor Peoples Gas Company LLC  f/k/a Peoples TWP LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com

TOTAL: 8