IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 19-20911-GLT |
| | : | Chapter 13 |
| Ashley Yohe fka Ashley M. Glock | : | |
| Debtor | : | Related to Objections Doc. #s 70-73 |
| | : | |
| | : | |
| Andrews Federal Credit Union | : | Hearing Date and Time: |
| | ; | December 8, 2021 at 10:30 am |
| Movant | ; | |

## ORDER GRANTING MOTION FOR *PRO HAC VICE* ADMISSION

AND NOW, upon consideration of the Motion for *Pro Hac Vice* Admission of A. Lysa Simon, and pursuant to Local Rule of Bankruptcy Procedure 9010-1(b), said motion is hereby GRANTED, and A. Lysa Simon is hereby ADMITTED *pro hac vice* to practice in the above-captioned proceeding.

Date: _____

_____
UNITED STATES BANKRUPTCY JUDGE