FILED
12/1/21 12:27 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 19-20911-GLT |
| | : | Chapter 13 |
| Ashley Yohe fka Ashley M. Glock | : | |
| Debtor | : | Related to Dkt. No. 80 |
| | : | |
| Andrews Federal Credit Union | : | |
| | : | |
| Movant | : | |

### ORDER OF COURT

AND NOW, this 1st day of December 2021, upon the Motion to Substitute Attorney, it is SO ORDERED, ADJUDGED AND DECREED, that the appearance of Kristen Little, Esquire as Counsel for Andrews Federal Credit Union, is withdrawn from this case and that Karina Velter, Esquire, hereby appears in the above-captioned case on behalf of Andrews Federal Credit Union. Pursuant to Section Section 1109(b) of the Bankruptcy Code, all copies of notices and pleadings given or filed in this case shall be served upon the following person:

Karina Velter, Esquire
Hladik, Onorato & Federman, LLP
Attorney I.D. # 94781
298 Wissahickon Avenue
North Wales, PA 19454
kvelter@hoflawgroup.com

BY THE COURT:

_____  jah
Gregory L. Taddonio
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-20911-GLT |
| Ashley M. Yohe | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: bsil | Page 1 of 2 |
| Date Rcvd: Dec 01, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 03, 2021:**

**Recip ID        Recipient Name and Address**
db           +   Ashley M. Yohe, 3134 Algonquin Trail, New Kensington, PA 15068-8736

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 03, 2021            Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 1, 2021 at the address(es) listed below:**

**Name**                **Email Address**

Brian Nicholas
                        on behalf of Creditor Toyota Lease Trust bnicholas@kmllawgroup.com

Christopher A. DeNardo
                        on behalf of Creditor Andrews Federal Credit Union pabk@logs.com  logsecf@logs.com;klittle@logs.com;cdenardo@logs.com

Karina Velter
                        on behalf of Creditor Andrews Federal Credit Union kvelter@hoflawgroup.com  ckohn@hoflawgroup.com

Kevin Scott Frankel
                        on behalf of Creditor Andrews Federal Credit Union pabk@logs.com  logsecf@logs.com

Kristen D. Little
                        on behalf of Creditor Andrews Federal Credit Union pabk@logs.com  klittle@logs.com;logsecf@logs.com

Lauren M. Lamb
                        on behalf of Debtor Ashley M. Yohe

| | | |
|---|---|---|
| District/off: 0315-2 | User: bsil | Page 2 of 2 |
| Date Rcvd: Dec 01, 2021 | Form ID: pdf900 | Total Noticed: 1 |

julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Gas Company LLC f/k/a Peoples TWP LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com

TOTAL: 9