IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
12/20/21 9:10 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE: )
Ashley M. Yohe, ) Case No. 19-20911-GLT
) Chapter 13
Debtor )
) Related to Dkt. Nos.: 70, 82
Ashley M. Yohe, )
)
Movant )
)
vs. )
)
Andrews Federal Credit Union, )
)
Respondent )

## ORDER RESOLVING OBJECTION TO NOTICE OF MORTGAGE PAYMENT CHANGE

AND NOW, come the undersigned parties, by and through their respective counsel, and agree to the form of the following Order:

WHEREAS, Ashley M. Yohe filed an Objection to Notice of Mortgage Payment Change related to claim 12-2 on November 2, 2021 at Docket Number 70;

WHEREAS, Andrews Federal Credit Union filed a Response to said Objection on November 19, 2021 at Docket Number 82;

WHEREAS, the matters raised in the Debtor's Objections to the Credit Union's Notice of Change of Payment on claim 12-2, on the Debtor's mortgage in first place serviced by the Credit Union, were addressed and heard on the record in open Court on December 8, 2021. The Court overruled the Debtor's objection and ordered the Debtor's attorney to prepare an Order. The parties agree to the forms of the Order as directed by the Court herein. The Court's findings are on the record.

It is therefore Stipulated and Agreed as follows:

1. The Debtor's objection to Andrews Federal Credit Union's Notice of Change of Payment on Claim 12-2, on the Debtor's Mortgage with the Credit Union in first place is overruled and denied. The Notice of Change of Payments effective December 1, 2021 shall stand. As such, the monthly payment for Debtor's first mortgage shall be $3,019.63 effective December 1, 2021, including $1,875.69 for principal and interest and $1,143.94 for escrow, subject to future Notices of Change of Payment, if any.

Consented to by:

/s/Lauren M. Lamb
Lauren M. Lamb, Esquire
Attorney for Movant
STEIDL & STEINBERG
Suite 2830 – Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000
PA I. D. No. 209201
llamb@steidl-steinberg.com

/s/A. Lysa Simon
A. Lysa Simon, Attorney for
Andrews Federal Credit Union
9846 White Oak Avenue, Suite 205
Northridge, CA 91325
(818) 701-5200
CA I.D. No. 94884 (Pro Hac Vice)
lsimon@culawyer.com

/s/ Karina Velter         .
Karina Velter, Attorney for Andrews Federal Credit Union
Hladik, Onorato &Federamn, LLP
298 Wissahickon Avenue
North Wales, PA 19454
 (215) 855-9521
PA I.D. No. 66287
kvelter@hoflawgroup.com

On this 20th day of December 2021, it is hereby Ordered that the parties' Stipulation is APPROVED.

_____
Honorable Gregory L. Taddonio
United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-20911-GLT |
| Ashley M. Yohe | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0315-2   User: dkam   Page 1 of 2
Date Rcvd: Dec 20, 2021   Form ID: pdf900   Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ashley M. Yohe, 3134 Algonquin Trail, New Kensington, PA 15068-8736 |
| aty | + | A. Lysa Simon, Law Office of A. Lysa Simon, 9846 White Oak Avenue, Suite 205, Northridge, CA 91325-4806 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2021          Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Toyota Lease Trust bnicholas@kmllawgroup.com |
| Christopher A. DeNardo | on behalf of Creditor Andrews Federal Credit Union pabk@logs.com  logsecf@logs.com;klittle@logs.com;cdenardo@logs.com |
| Karina Velter | on behalf of Creditor Andrews Federal Credit Union kvelter@hoflawgroup.com  ckohn@hoflawgroup.com |
| Kevin Scott Frankel | on behalf of Creditor Andrews Federal Credit Union pabk@logs.com  logsecf@logs.com |
| Lauren M. Lamb | on behalf of Debtor Ashley M. Yohe julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: dkam | Page 2 of 2 |
| Date Rcvd: Dec 20, 2021 | Form ID: pdf900 | Total Noticed: 2 |

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Gas Company LLC  f/k/a Peoples TWP LLC ecfpeoples@grblaw.com,
    PNGbankruptcy@peoples-gas.com

TOTAL: 8