IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
12/20/21 9:30 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:　　　　　　　　　　　　　　 )
Ashley M. Yohe,　　　　　　　　　 )　　Case No.  19-20911-GLT
　　　　　　　　　　　　　　　　　 )　　Chapter 13
　　　　Debtor　　　　　　　　　　 )
　　　　　　　　　　　　　　　　　 )　　Related to Dkt. Nos. 40
Ashley M. Yohe,　　　　　　　　　 )
　　　　　　　　　　　　　　　　　 )
　　　　Movant　　　　　　　　　　 )
　　　　　　　　　　　　　　　　　 )
　　　　vs.　　　　　　　　　　　　 )
　　　　　　　　　　　　　　　　　 )
Andrews Federal Credit Union,　　　 )
　　　　　　　　　　　　　　　　　 )
　　　　Respondent　　　　　　　　 )

## ORDER RESOLVING MOTION FOR STATUS CONFERENCE AND PAYMENT OF ATTORNEY FEES

　　　　AND NOW, come the undersigned parties, by and through their respective counsel, and enter into the following Stipulation:

　　　　WHEREAS, Ashley M. Yohe filed a Motion for Status Conference and Payment of Attorney Fees regarding various matters at issue with Andrews Federal Credit Union on April 1, 2021 at Docket Number 40;

　　　　WHEREAS, Andrews Federal Credit Union filed a Response to said Motion on April 19, 2021 at Docket Number 44;

　　　　WHEREAS, a hearing on the matters raised in the Status Conference were addressed and heard on the record in open Court on December 8, 2021.  The Court ordered the Debtor's attorney to prepare an Order.  The parties agree to the forms of the Order as directed by the Court herein. The Court's findings are on the record.
　　　　It is therefore Agreed that the form of the Court's Order shall be as follows:

1. As of December 1, 2021, the Debtor's Mortgage in first place with Andrews Federal Credit Union, is due for its December 1, 2021 payment.  The payments on said loan are

being made through the Chapter 13 Trustee. The HELOC in second place, which is also with Andrews Federal Credit Union is due for part of its December 1, 2021 payment. The payments on the HELOC are also being paid through the Chapter 13 Trustee. The HELOC is a simple interest loan, and does not have precomputed payments. The Trustee makes irregular payments which tend to be made at the end of each month after the payments are due. No late fees are being assessed to either loan because they are being paid through the Trustee's office.

2. A correct account ledger for Debtor's mortgage in first place serviced by Andrews Federal Credit Union from January 1, 2019 to September 9, 2021 is attached hereto, incorporated herein and labeled Exhibit "A".

3. A correct account ledger for Debtor's HELOC in second place in favor of Andrews Federal Credit Union from March 1, 2019 to September 28, 2021 is attached hereto, incorporated herein and labeled Exhibit "B".

4. The parties agree that Exhibits "A" and "B" represent an accurate accounting of the loan histories, notwithstanding any contrary data, records or accounting that Andrews Federal Credit Union may have in its possession and agree to be bound by the same.

5. Exhibits "A" and "B" may be relied upon by third parties, including, but not limited to, any subsequent transferee of the loan, and any lending institution. (The Credit Union is not reporting payments to any Credit Reporting Agency due to the fact that the Debtor is currently in bankruptcy).

6. Andrews Federal Credit Union shall pay to Debtor's counsel, Steidl & Steinberg, the sum of $11,745.00, as payment in full satisfaction of all amounts due to the Debtor or her attorneys in connection with any motions, or other legal actions the Debtor and/or Debtor's counsel have taken in connection with Andrews Federal Credit Union, the Debtor's mortgage in first place, and/or the Debtor's HELOC in second place, as of the entry of this Order, within thirty-one (31) days. An invoice of Debtor's counsel's fees is attached hereto, incorporated herein and labeled Exhibit "C".

Consented to by:

| | |
|---|---|
| /s/Lauren M. Lamb | /s/A. Lysa Simon |
| Lauren M. Lamb, Esquire | A. Lysa Simon, Attorney for |
| Attorney for Movant | Andrews Federal Credit Union |
| STEIDL & STEINBERG | 9846 White Oak Avenue, Suite 205 |
| Suite 2830 – Gulf Tower | Northridge, CA 91325 |
| 707 Grant Street | (818) 701-5200 |
| Pittsburgh, PA 15219 | CA Bar No. 94884 (*Pro Hac Vice*) |
| (412) 391-8000 | |
| PA I. D. No. 209201 | |

llamb@steidl-steinberg.com

_____/s/ Karina Velter_____.
Karina Velter, Attorney for Andrews
Federal Credit Union
Hladik, Onorato &Federamn, LLP
298 Wissahickon Avenue
North Wales, PA 19454
 (215) 855-9521
PA I.D. No. 66287
kvelter@hoflawgroup.com

On this  20th  day of  December  2021, it is hereby Ordered that the parties' Stipulation is APPROVED.

_____
Honorable Gregory L. Taddonio
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-20911-GLT |
| Ashley M. Yohe | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dkam | Page 1 of 2 |
| Date Rcvd: Dec 20, 2021 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ashley M. Yohe, 3134 Algonquin Trail, New Kensington, PA 15068-8736 |
| aty | + | A. Lysa Simon, Law Office of A. Lysa Simon, 9846 White Oak Avenue, Suite 205, Northridge, CA 91325-4806 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2021        Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Toyota Lease Trust bnicholas@kmllawgroup.com |
| Christopher A. DeNardo | on behalf of Creditor Andrews Federal Credit Union pabk@logs.com  logsecf@logs.com;klittle@logs.com;cdenardo@logs.com |
| Karina Velter | on behalf of Creditor Andrews Federal Credit Union kvelter@hoflawgroup.com  ckohn@hoflawgroup.com |
| Kevin Scott Frankel | on behalf of Creditor Andrews Federal Credit Union pabk@logs.com  logsecf@logs.com |
| Lauren M. Lamb | on behalf of Debtor Ashley M. Yohe julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |

District/off: 0315-2 | User: dkam | Page 2 of 2
Date Rcvd: Dec 20, 2021 | Form ID: pdf900 | Total Noticed: 2

Office of the United States Trustee
   ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
   cmecf@chapter13trusteewdpa.com

S. James Wallace
   on behalf of Creditor Peoples Gas Company LLC  f/k/a Peoples TWP LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com

TOTAL: 8