FILED
12/29/21 9:45 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: )
)
Ashley M. Yohe ) Case No. 19-20911-GLT
) Chapter 13
Debtor ) Related to Dkt. No. 5, 29

**STIPULATED ORDER MODIFYING PLAN**

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

☐     a motion to dismiss case or certificate of default requesting dismissal

☒     a plan modification sought by:    Debtor to fund increased mortgage payment per Notice of Mortgage Payment Change filed December 7, 2021.

☐     a motion to lift stay as to creditor

☐     Other:

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☒ Chapter 13 Plan dated     March 8, 2019
☐ Amended Chapter 13 Plan dated

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☒     Debtor's Plan payments shall be changed from $  4,575.00  to $  5,026.00  per month, effective  January, 2022  ; and/or the Plan term shall be changed from     months to     months.

☐     In the event that Debtor fails to make any future Chapter 13 Plan payments, the

Trustee or a party in interest may file with the Court and serve upon Debtor and Debtor's Counsel a notice of default advising the Debtors that she has 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor fails to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

☐    Debtor shall file and serve           on or before           .

☐    If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

☐    If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as      may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

☒    Other:    <u>Andrews Federal Credit Union will receive $3,019.63/month effective December 1, 2021 as per the Notice of Mortgage Payment Change dated December 7, 2021.  Debtor's counsel has increased her fees by $5,000.00 for a total of $8,400.00 to be paid through the Plan.  Additional fees will be sought through a fee application to be filed and approved before any additional amount will be paid through the plan, and this plan contains sufficient funding to pay that additional amount, without diminishing the amounts required to be paid under this plan to holders of allowed unsecured claims.</u>

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order.  Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect.

*[Remainder of Page Intentionally Left Blank]*

**SO ORDERED**, this  29th  day of  December  2021

_____
Gregory L. Taddonio    jah
United States Bankruptcy Judge

Stipulated by:                              Stipulated by:

/s/Lauren M. Lamb_____              /s/Owen Katz_____
Counsel to Debtor                           Counsel to Chapter 13 Trustee
Lauren M. Lamb, Esquire
STEIDL & STEINBERG
28th Floor-Gulf Tower
707 Grant Street
Pittsburgh, PA  15219
(412) 391-8000
PA I. D. No. 209201
llamb@steidl-steinberg.com


Stipulated by:

_____
Counsel to affected creditor - N/A


cc:   All Parties in Interest to be served by Clerk

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-20911-GLT |
| Ashley M. Yohe | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: bsil | Page 1 of 3 |
| Date Rcvd: Dec 29, 2021 | Form ID: pdf900 | Total Noticed: 42 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 31, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ashley M. Yohe, 3134 Algonquin Trail, New Kensington, PA 15068-8736 |
| aty | + | A. Lysa Simon, Law Office of A. Lysa Simon, 9846 White Oak Avenue, Suite 205, Northridge, CA 91325-4806 |
| cr | + | Peoples Gas Company LLC, f/k/a Peoples TWP LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15007468 | | AES, P.O. Box 2251, Harrisburg, PA 17105-2251 |
| 15007469 | | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 15032712 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15007471 | + | Andrews Federal Credit Union, 5711 Allentown Road, Suite 400, Suitland, MD 20746-4547 |
| 15051684 | + | Andrews Federal Credit Union, 5711 Allentown Road, Suitland, MD 20746-4547 |
| 15007470 | + | Andrews Federal Credit Union, 5711 Allentown Road, Mail Stop #930, Suitland, MD 20746-4547 |
| 15007478 | + | Compel Fitness, 25935 Detroit Rd., Suite 336, Westlake, OH 44145-2452 |
| 15169196 | | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 15007481 | ++ | FIFTH THIRD BANK, MD# ROPS05 BANKRUPTCY DEPT, 1850 EAST PARIS SE, GRAND RAPIDS MI 49546-6253 address filed with court:, Fifth Third Bank, P. O. Box 630778, Cincinnati, OH 45263-0778 |
| 15037854 | + | Fifth Third Bank, PO Box 9013, Addison, Texas 75001-9013 |
| 15007485 | + | PA Department of Revene, PO Box 280432, Harrisburg, PA 17128-0432 |
| 15020830 | + | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 15007488 | + | PNC Card Services, PO Box 3180, Pittsburgh, PA 15230-3180 |
| 15016424 | + | Peoples Gas Company LLC, f/k/a Peoples TWP, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 15007489 | + | Suntrust/THD, 1797 NE Expressway, Atlanta, GA 30329-7803 |
| 15007491 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Motor Credit, 4 Gathall Drive, Suite 350, Parsippany, NJ 07054 |
| 15047849 | + | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Dec 29 2021 23:24:30 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Dec 29 2021 23:14:00 | Peoples Gas Company LLC, f/k/a Peoples TWP LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15007473 | + | Email/Text: BarclaysBankDelaware@tsico.com | Dec 29 2021 23:14:00 | Barclays Bank, Po Box 8803, Wilmington, DE 19899-8803 |
| 15007474 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 29 2021 23:24:30 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15030227 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 29 2021 23:24:26 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15030665 | + | Email/Text: RASEBN@raslg.com | Dec 29 2021 23:14:00 | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15007476 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 29 2021 23:24:23 | CitiCards CBNA, Po Box 6217, Sioux Falls, SD |

| District/off: 0315-2 | User: bsil | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 29, 2021 | Form ID: pdf900 | Total Noticed: 42 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | 57117-6217 |
| 15052371 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 29 2021 23:24:31 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 15007477 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 29 2021 23:14:00 | Comenity Bank/Pottery Barn, PO Box 182789, Columbus, OH 43218-2789 |
| 15169196 | | Email/Text: ECMCBKNotices@ecmc.org | Dec 29 2021 23:14:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 15018544 | + | Email/Text: bankruptcy@greenskycredit.com | Dec 29 2021 23:14:00 | Greensky, LLC/Home Depot Loan Services, 1797 Northeast Expressway, Ste. 100, Atlanta, GA 30329-2451 |
| 15007482 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 29 2021 23:24:27 | Home Depot - CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 15007483 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 29 2021 23:14:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15007475 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 29 2021 23:24:21 | Chase, Po Box 15298, Wilmington, DE 19850 |
| 15160181 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 29 2021 23:24:31 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15007484 | + | Email/Text: bnc@nordstrom.com | Dec 29 2021 23:14:29 | Nordstrom, 13531 E. Caley Avenue, Englewood, CO 80111-6505 |
| 15007486 | | Email/Text: goalrealignment@payoff.zendesk.com | Dec 29 2021 23:14:00 | Payoff Inc., 3200 Park Center Drive, Suite 800, Costa Mesa, CA 92626 |
| 15053879 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 29 2021 23:14:00 | PNC Bank, National Association, PO Box 94982, Cleveland OH 44101 |
| 15053281 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 29 2021 23:24:26 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15007487 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 29 2021 23:24:25 | Paypal Credit, Po Box 71202, Charlotte, NC 28272-1202 |
| 15016424 | + | Email/Text: ebnpeoples@grblaw.com | Dec 29 2021 23:14:00 | Peoples Gas Company LLC, f/k/a Peoples TWP, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 15049705 | | Email/Text: bnc-quantum@quantum3group.com | Dec 29 2021 23:14:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15007490 | | Email/PDF: gecsedi@recoverycorp.com | Dec 29 2021 23:24:26 | SYNCB/Old Navy, PO Box 965005, Orlando, FL 32896-5005 |
| 15054242 | + | Email/Text: bncmail@w-legal.com | Dec 29 2021 23:14:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 15008124 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 29 2021 23:24:29 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15007491 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Dec 29 2021 23:14:00 | Toyota Motor Credit, 4 Gathall Drive, Suite 350, Parsippany, NJ 07054 |

TOTAL: 26

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Andrews Federal Credit Union |
| cr | | Toyota Lease Trust |
| 15007479 | | EQT |
| 15007480 | | Father |

| District/off: 0315-2 | User: bsil | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 29, 2021 | Form ID: pdf900 | Total Noticed: 42 |

| cr | * | ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15007472 | *+ | Andrews Federal Credit Union, 5711 Allentown Road, Suite 400, Suitland, MD 20746-4547 |

TOTAL: 4 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 31, 2021                    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 29, 2021 at the address(es) listed below:**

**Name**          **Email Address**

Brian Nicholas
on behalf of Creditor Toyota Lease Trust bnicholas@kmllawgroup.com

Christopher A. DeNardo
on behalf of Creditor Andrews Federal Credit Union pabk@logs.com  logsecf@logs.com;klittle@logs.com;cdenardo@logs.com

Karina Velter
on behalf of Creditor Andrews Federal Credit Union kvelter@hoflawgroup.com  ckohn@hoflawgroup.com

Kevin Scott Frankel
on behalf of Creditor Andrews Federal Credit Union pabk@logs.com  logsecf@logs.com

Lauren M. Lamb
on behalf of Debtor Ashley M. Yohe
julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

S. James Wallace
on behalf of Creditor Peoples Gas Company LLC  f/k/a Peoples TWP LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com

TOTAL: 8