## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
ASHLEY M. YOHE

         Debtor(s)

RONDA J. WINNECOUR,
Standing Chapter 13 Trustee,

         Movant

         vs.

ANDREWS FEDERAL CREDIT UNION

         Respondents

Case No. 19-20911GLT

Chapter 13

Document No __

### NOTICE OF FUNDS ON RESERVE

The Movant, RONDA J. WINNECOUR, Standing Ch.13 Trustee, has received notice that an alleged change has occurred in the identity of the recipient of the MORTGAGE REGULAR PAYMENT to be issued in this case and relating to Debtor's account number 6317.

Regular mortgage payments are currently being directed to the following creditor at the following address:

        ANDREWS FEDERAL CREDIT UNION
        5711 ALLENTOWN RD MS 930
        SUITLAND,MD 20746

Movant has been requested to send payments to:
        ANDREWS FEDERAL CREDIT UNION C/O DOVENMUEHLE MORTGAGE, INC.
        P.O. BOX 371306
        PITTSBURGH, PA 15250-7306

        6317

The Chapter 13 Trustee's CID Records of ANDREWS FEDERAL CREDIT UNION have been placed on reserve in accordance with W.PA. LBR 3002-3(f). No further payment will be issued on this debt until a proof of assignment/notice of transfer of the bankruptcy claim, required by Fed.R.Bankr.P.3001(e), is filed with the Clerk of the Bankruptcy Court and served on the Trustee. [Refer to www.ecf.pawb.uscourts.gov under Forms and National Forms.] At some future point, the Trustee may seek leave to deposit the funds into Court.

The Undersigned certifies that the Parties required to be served with this "Notice of Funds on Reserve" pursuant to W.PA.LBR 3002-3(g) were served on 2/15/2022.

cc:    Debtor
        Original creditor
        Putative creditor
        Debtor's Counsel

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

DEBTOR(S):
ASHLEY M. YOHE, 3134 ALGONQUIN TRAIL, NEW KENSINGTON, PA  15068

DEBTOR'S COUNSEL:
LAUREN M LAMB ESQ, STEIDL & STEINBERG, 707 GRANT ST 28TH FLOOR, PITTSBURGH, PA  15219

ORIGINAL CREDITOR:
ANDREWS FEDERAL CREDIT UNION, 5711 ALLENTOWN RD MS 930, SUITLAND, MD  20746

ORIGINAL CREDITOR'S COUNSEL:
HLADIK ONORATO & FEDERMAN LLP**, 298 WISSAHICKON AVE, NORTH WALES, PA  19454

NEW CREDITOR:
ANDREWS FEDERAL CREDIT UNION C/O DOVENMUEHLE MORTGAGE, INC.
P.O. BOX 371306
PITTSBURGH, PA 15250-7306