IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Ashley M. Yohe | ) | Case No. 19-20911 GLT |
| | ) | Chapter 13 |
| Debtor | ) | Docket No. |
| | ) | |
| | ) | |
| Ashley M. Yohe | ) | |
| | ) | |
| Movant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| AES, American Express, Andrews Federal | ) | |
| Credit Union, Barclays Bank, Capital One, | ) | |
| JPMorgan Chase, Citicards, Comenity | ) | |
| Bank, Compel Fitness, ECMC, Fifth Third | ) | |
| Bank, Greensky, Home Depot, Internal | ) | |
| Revenue Service, LVNV Funding, | ) | |
| Nordstrom, PA Dept. of Revenue, PHEAA, | ) | |
| PNC Bank, PRA Receivables, Payoff Inc., | ) | |
| Paypal, Peoples Gas, Portfolio Recovery, | ) | |
| Quantum3 Group, Synchrony Bank, | ) | |
| Suntrust, Toyota, and Ronda J. Winnecour, | ) | |
| Trustee, | ) | |
| | ) | |
| Respondents | ) | |

## REPORT OF FINANCING

AND NOW, comes the debtor, Ashley Yohe, by and through her attorney Lauren M. Lamb, and Steidl and Steinberg, and respectfully represent as follows:

1. The debtor was approved to obtain financing for a vehicle purchase by Order of Court dated February 18, 2022. This Order of Court requires that the debtor file a Report of Financing.

2. The debtor purchased a 2018 Lexus RXL after the lease term for said vehicle expired by way of financing through Clearview Federal Credit Union. The amount of the loan is $25,000.00 at an interest rate of 2.99% and calls for payments of $427.00 per month effective April 2022 for 63 months. Attached and labeled "Exhibit A" is a copy of the Security Agreement.

3. The interest rate referenced on the Security Agreement differs from that stated in this Report as a Debtor was erroneously given a .25% interest rate reduction based on the mistaken belief that payments would be deducted directly from Debtor's Clearview bank account.  Clearview has been made aware of this error and Debtor anticipates that the rate reduction will be retracted.  Debtor and Clearview acknowledge that payments on this loan will be made through the Chapter 13 Plan as ordered by this Honorable Court.

WHEREFORE, the debtor, Ashley Yohe, respectfully files this Report of Financing.

Respectfully submitted,

March 3, 2022
DATE

/s/ Lauren M. Lamb
Lauren M. Lamb, Esquire
Attorney for the Debtor
STEIDL & STEINBERG
Suite 2830 – Gulf Tower
707 Grant Street
Pittsburgh, PA  15219
(412) 391-8000
PA I. D. No.  209201