IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
3/10/22 1:54 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 19-20911-GLT |
| | : | Chapter: | 13 |
| Ashley M. Yohe | : | | |
| | : | | |
| | : | Date: | 3/9/2022 |
| *Debtor(s).* | : | Time: | 10:00 |

## PROCEEDING MEMO

**MATTER:**   #105 Motion for Relief from the Automatic Stay filed by Toyota Lease Trust
   #110 Response filed by Debtor
   #112 Certification of Counsel to Obtain Post-Petition Auto Financing

Tentative Ruling: The Court requires a hearing on this motion to address whether the bankruptcy estate has a material interest in the lease given that the NADA value of the vehicle is $42,425 and the buyout balance is $28,987.

**APPEARANCES**:
   Debtor:   Julie Steidl
   Trustee:   James Warmbrodt
   Toyota:   Lara Martin

**NOTES:** [10:27 a.m.]

Martin: We ask that the motion be continued for 30 days to ensure that the buyout is effectuated.

Court: I will continue this matter to May 4, 2022 at 9 a.m. and will consider the motion withdrawn if there is confirmation that the payment has posted. I expect updated schedules to be filed by the Debtor within 21 days.

**OUTCOME:**

1. The *Motion for Relief from the Automatic Stay filed by Toyota Lease Trust* [Dkt. No. 105] is CONTINUED to May 4, 2022 at 9 a.m. [Text Order]

2. On or before March 30, the Debtor shall file updated schedules reflecting the successful buyout of the vehicle. [Text Order]

**DATED:**  3/9/2022