IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: **Ashley M. Yohe** | : : : : Debtor : : | Bankruptcy No. **19-20911** Chapter **13** Related to Document No. |
| **Ashley M. Yohe** Movant v. No Respondent | : : : : : : : : | |

## NOTICE REGARDING MODIFICATION TO MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(f) I, __**Lauren M. Lamb 209201**__, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above captioned case regarding the filing of an amendment to the schedules.

Clearview Federal Credit Union
8805 University Blvd.
Coraopolis PA 15108-0000

By: **/s/ Lauren M. Lamb**
   Signature
**Lauren M. Lamb 209201**
   Typed Name
**707 Grant Street**
**Suite 2830**
**Pittsburgh, PA 15219-1908**
   Address
**412-391-8000 Fax:412-391-0221**
   Phone No.
**209201 PA**
   List Bar I.D. and State of Admission