IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | ) | |
| | ) | |
| Ashley M. Yohe, | ) | Case No. 19-20911 GLT |
| | ) | Chapter 13 |
| Debtor | ) | |
| | ) | |
| Ashley M. Yohe, | ) | |
| | ) | |
| Movant | ) | |
| | ) | |
| Vs. | ) | |
| | ) | |
| Clearview Federal Credit Union | ) | |

**<u>CERTIFICATE OF SERVICE</u>**

I, the undersigned, hereby certify that on March 15, 2022, a true and correct copy of the *Amended Schedule D along with the 341 Meeting of Creditors Notice and Order of Court dated March 14, 2022* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Office of the United States Trustee          Served by ECF Mail:
Liberty Center Suite 970                          Ronda J. Winnecour, Trustee
1001 Liberty Ave.
Pittsburgh, Pa 15222                              Ashley Yohe
                                                              3134 Algonquin Trail
Clearview Federal Credit Union              New Kensington, Pa 15068
8805 University Blvd.
Moon Township, Pa 15108


Date of Service: March 15, 2022          /s/ Lauren M. Lamb_____
                                                              Lauren M. Lamb, Esquire
                                                              Attorney for the Debtor

                                                              STEIDL & STEINBERG
                                                              Suite 2830, Gulf Tower
                                                              707 Grant Street
                                                              Pittsburgh, PA 15219
                                                              (412) 391-8000
                                                              llamb@steidl-steinberg.com
                                                              PA I.D. No. 209201