**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

04/05/2022

IN RE:

ASHLEY M. YOHE
3134 ALGONQUIN TRAIL
NEW KENSINGTON, PA 15068
XXX-XX-2926        Debtor(s)

Case No. 19-20911 GLT

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to

which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

4/5/2022

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Creditor Description |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br><br>NORFOLK, VA 23541 | Trustee Claim Number: 1   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: OLD NAVY/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 8276 |
| **GRB LAW\*\***<br>C/O JEFFREY R HUNT ESQ - FOR PNG CO<br>525 WILLIAM PENN PLACE STE 3110<br><br>PITTSBURGH, PA 15219 | Trustee Claim Number: 2   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: PEOPLES/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **ANDREWS FEDERAL CREDIT UNION**<br>5711 ALLENTOWN RD MS 930<br><br>SUITLAND, MD 20746 | Trustee Claim Number: 3   INT %: 0.00%<br>Court Claim Number: 16-2<br><br>CLAIM: 0.00<br>COMMENT: CL16GOV\*500/PL\*PMT/NTC\*DK4PMT~LMT\*BGN 4/19\*$0ARRS/PL-CL\*AMD\*DK! | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 6317 |
| **ANDREWS FCU**<br>C/O DOVENMUEHLE MORTGAGE INC<br>1 CORPORATE DR STE 360<br><br>LAKE ZURICH, IL 60047 | Trustee Claim Number: 4   INT %: 0.00%<br>Court Claim Number: 12-2<br><br>CLAIM: 0.00<br>COMMENT: PMT/OE-NTC\*CL12-2GOV\*DKT4LMT\*2ND/SCH\*BGN 4/19\*AMD\*FR AFCU-DOC 132\*D | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 1202 |
| **INTERNAL REVENUE SERVICE\***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br><br>PHILADELPHIA, PA 19101-7317 | Trustee Claim Number: 5   INT %: 0.00%<br>Court Claim Number: 4-2<br><br>CLAIM: 3,581.73<br>COMMENT: 3553/PL\*AMD | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 2926 |
| **PA DEPARTMENT OF REVENUE\***<br>BUR OF COMPL SECT-DEPT 280946<br>STRAWBERRY SQ<br><br>HARRISBURG, PA 17128 | Trustee Claim Number: 6   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 768.00<br>COMMENT: $/PL\*18/SCH | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: |
| **ECMC(\*)**<br>LOCKBOX #8682<br>PO BOX 16478<br><br>ST PAUL, MN 55116-0478 | Trustee Claim Number: 7   INT %: 0.00%<br>Court Claim Number: 5<br><br>CLAIM: 432.36<br>COMMENT: NO ACCT/SCH\*FR AES/PHEAA FAMILY-DOC 36 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2926 |
| **AMERICAN EXPRESS NATIONAL BANK**<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br><br>MALVERN, PA 19355-0701 | Trustee Claim Number: 8   INT %: 0.00%<br>Court Claim Number: 8<br><br>CLAIM: 11,105.50<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1005 |
| **ANDREWS FEDERAL CREDIT UNION**<br>5711 ALLENTOWN RD MS 930<br><br>SUITLAND, MD 20746 | Trustee Claim Number: 9   INT %: 0.00%<br>Court Claim Number: 2<br><br>CLAIM: 15,810.47<br>COMMENT: LOAN DOCS SIGNED@SEAL 12/20/17 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0100 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number: 10   INT %: 0.00%<br>Court Claim Number: 15<br><br>CLAIM: 3,680.60<br>COMMENT: BARCLAYS/JETBLUE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5635 |

| Creditor | Claim Info | Description |
|---|---|---|
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF**<br>PO BOX 71083<br><br>CHARLOTTE, NC  28272-1083 | Trustee Claim Number:11  INT %: 0.00%<br>Court Claim Number:6<br>CLAIM: 5,717.57<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2263 |
| **CHASE BANK USA NA(\*)**<br>C/O JPMORGAN CHASE BANK<br>PO BOX 15368<br>WILMINGTON, DE  19850 | Trustee Claim Number:12  INT %: 0.00%<br>Court Claim Number:7<br>CLAIM: 9,694.11<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7451 |
| **CITIBANK NA\*\***<br>6716 GRADE LN BLDG 9 STE 910-PY DEPT<br><br>LOUISVILLE, KY  50325-3439 | Trustee Claim Number:13  INT %: 0.00%<br>Court Claim Number:13<br>CLAIM: 4,502.86<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3452 |
| **QUANTUM3 GROUP LLC AGNT - COMENITY BAN**<br>PO BOX 788<br><br>KIRKLAND, WA  98083-0788 | Trustee Claim Number:14  INT %: 0.00%<br>Court Claim Number:11<br>CLAIM: 2,023.24<br>COMMENT: POTTERY BARN | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5268 |
| **COMPEL FITNESS**<br>25935 DETROIT RD STE 336<br><br>WESTLAKE, OH  44145 | Trustee Claim Number:15  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **FIFTH THIRD BANK**<br>ATTN CONSUMER BKRPTCY PMT DIVISION\*\*<br>1830 EAST PARIS SE MS#RSCB3E<br>GRAND RAPIDS, MI  49546 | Trustee Claim Number:16  INT %: 0.00%<br>Court Claim Number:9<br>CLAIM: 39,949.19<br>COMMENT: NO ACCT~MTG DFNCY/SCH\*GOODS SOLD/CL\*JUDGMENT?\*INSUFF POD~DK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2523 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA  23541 | Trustee Claim Number:17  INT %: 0.00%<br>Court Claim Number:18<br>CLAIM: 11,898.21<br>COMMENT: CITIBANK/THD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7889 |
| **NORDSTROM**<br>POB 6566<br><br>ENGLEWOOD, CO  80155-6565 | Trustee Claim Number:18  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5129 |
| **PAYOFF INC**<br>DEPT LA 24683<br><br>PASADENA, CA  91185-4683 | Trustee Claim Number:19  INT %: 0.00%<br>Court Claim Number:20<br>CLAIM: 31,872.68<br>COMMENT: | CRED DESC: UNSECURED/LATE FILED<br>ACCOUNT NO.: 4373 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC  29603-0587 | Trustee Claim Number:20  INT %: 0.00%<br>Court Claim Number:19<br>CLAIM: 2,836.62<br>COMMENT: COMENITY/PAYPAL\*FR SYNCHRONY-DOC 33 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8814 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **PNC BANK NA**<br>POB 94982<br>CLEVELAND, OH 44101 | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number: 17<br>CLAIM: 3,004.24<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0910 |
| **GREENSKY LLC(*)**<br>PO BOX 2153 - DEPT# 3025<br>BIRMINGHAM, AL 35287 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number: 3<br>CLAIM: 24,281.25<br>COMMENT: SUNTRUST/SCH*HOME DEPOT LOAN SVCS | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4099 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number: 14<br>CLAIM: 1,946.42<br>COMMENT: SYNCHRONY/OLD NAVY | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8276 |
| **EQT INVESTMENTS INC**<br>1670 GOLDEN MILE HWY<br>RTE 286 STE 102<br>MONROEVILLE, PA 15146 | Trustee Claim Number: 24  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO ADR/SCH G | | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **TOYOTA LEASE TRUST**<br>C/O TOYOTA MOTOR CREDIT CORP<br>PO BOX 9490<br>CEDAR RAPIDS, IA 52409-9490 | Trustee Claim Number: 25  INT %: 0.00%<br>Court Claim Number: 10<br>CLAIM: 23,617.97<br>COMMENT: NO PMTS/OE*CL10GOV*/SCH G*36 MOS REM/PL*PMT/PL-CLx31 REM MOS/CL=AMT | | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: D251 |
| **CREDITOR INFORMATION MISSING OR VAGUE**<br>NEED VERIFICATION | Trustee Claim Number: 26  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: FATHER?/SCH H | | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **PEOPLES GAS LLC F/K/A PEOPLES TWP LLC***<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br>PITTSBURGH, PA 15212 | Trustee Claim Number: 27  INT %: 0.00%<br>Court Claim Number: 1<br>CLAIM: 693.54<br>COMMENT: NT/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5657 |
| **KEVIN S FRANKEL ESQ**<br>SHAPIRO & DENARDO LLC<br>3600 HORIZON DR STE 150<br>KING OF PRUSSIA, PA 19406 | Trustee Claim Number: 28  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: ANDREWS FCU/PRAE | | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **ANDREWS FCU**<br>C/O DOVENMUEHLE MORTGAGE INC<br>1 CORPORATE DR STE 360<br>LAKE ZURICH, IL 60047 | Trustee Claim Number: 29  INT %: 0.00%<br>Court Claim Number: 12-2<br>CLAIM: 1,875.69<br>COMMENT: CL12-2GOV*$0ARRS/PL*2ND/SCH*THRU 3/19*AMD*FR AFCU-DOC 132 | | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 1202 |
| **KML LAW GROUP PC***<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA 19106 | Trustee Claim Number: 30  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: TOYOTA LEASE TRUST/PRAE | | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |

Case 19-20911-GLT    Doc 140    Filed 04/05/22    Entered 04/05/22 15:08:08    Desc

| | | |
|---|---|---|
| **HLADIK ONORATO & FEDERMAN LLP**** | Trustee Claim Number:31  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| 298 WISSAHICKON AVE | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| NORTH WALES, PA  19454 | COMMENT:  ANDREWS FCU/PRAE | |
| **CLEARVIEW FCU**** | Trustee Claim Number:32  INT %:  0.00% | CRED DESC:  Post Petition Claim (1305) |
| 8805 UNIVERSITY BLVD | Court Claim Number: | ACCOUNT NO.:  8604 |
| | CLAIM:  0.00 | |
| MOON TWP, PA  15108-4212 | COMMENT:  PMT/RPT~ADEQ PMTS/OE*427X24+2=LMT*NT/PL*BGN 4/22*/AMD D~3-11-22 | |

Case 19-20911-GLT    Doc 140    Filed 04/05/22    Entered 04/05/22 15:08:08    Desc
Page 6 of 6