FILED
4/7/22 9:37 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re, <br><br> ASHLEY M. YOHE, <br><br> Debtors, <br><br> TOYOTA LEASE TRUST, <br><br> Movant, <br><br> v. <br><br> ASHLEY M. YOHE, and <br> RONDA J. WINNECOUR, Trustee, <br><br> Respondents. | Bankruptcy No. 19-20911-GLT <br><br> Chapter 13 <br><br> Related to Dkt. No. 105, 137 |

## ORDER

AND NOW, this 7th day of April 2022, upon consideration of the foregoing *Motion to Withdraw the Motion for Relief from the Automatic Stay* [Dkt. No. 137] filed by Toyota Lease Trust, it is hereby ORDERED that the Motion for Relief from Stay [Dkt. No. 105] filed by Toyota Lease Trust is WITHDRAWN and the hearing scheduled for May 4, 2022 is CANCELLED.

BY THE COURT:

_____
Honorable Gregory L. Taddonio
U.S. Bankruptcy Court Judge

Case Administrator to serve:
Lauren Lamb, Esq.
Keri Ebeck, Esq.

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-20911-GLT |
| Ashley M. Yohe | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Apr 07, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 09, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Ashley M. Yohe, 3134 Algonquin Trail, New Kensington, PA 15068-8736 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 09, 2022          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 7, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Toyota Lease Trust bnicholas@kmllawgroup.com |
| Christopher A. DeNardo | on behalf of Creditor Andrews Federal Credit Union logsecf@logs.com cistewart@logs.com;cdenardo@logs.com |
| Karina Velter | on behalf of Creditor Andrews Federal Credit Union kvelter@hoflawgroup.com ckohn@hoflawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Toyota Lease Trust kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Kevin Scott Frankel | on behalf of Creditor Andrews Federal Credit Union pabk@logs.com logsecf@logs.com |
| Lauren M. Lamb | on behalf of Debtor Ashley M. Yohe julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;jseech@steidl-steinberg.com;Lamb |

District/off: 0315-2 | User: auto | Page 2 of 2
Date Rcvd: Apr 07, 2022 | Form ID: pdf900 | Total Noticed: 1

LR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com

Lily Christina Calkins
    on behalf of Creditor Andrews Federal Credit Union logsecf@logs.com cistewart@logs.com;lcalkins@logs.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Gas Company LLC  f/k/a Peoples TWP LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com

TOTAL: 10