FILED
4/11/22 11:15 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| Ashley M. Yohe, ) | Case No. 19-20911-GLT |
| ) | Chapter 13 |
| Debtor ) | Related to Docket Nos. 127, 131, 135, 136 |
| ) | |
| Ashley M. Yohe, ) | |
| ) | Related to Dkt. No. 142 |
| Movant ) | |
| ) | |
| vs. ) | |
| ) | |
| AES, American Express, American Express ) | |
| National Bank, Andrews Federal Credit ) | |
| Union, Barclays Bank, Capital One, Capital ) | |
| One Bank (USA), N.A., JPMorgan Chase ) | |
| Bank, N.A., Chase Bank USA, N.A., ) | |
| CitiCards CBNA, Citibank, N.A., Comenity ) | |
| Bank/Pottery Barn, Compel Fitness, ECMC, ) | |
| Fifth Third Bank, Greensky, LLC/Home ) | |
| Depot Loan Services, Home Depot - ) | |
| CBNA, Internal Revenue Service, LVNV ) | |
| Funding, LLC, Nordstrom, PA Department ) | |
| of Revenue, PHEAA, PNC Bank Retail ) | |
| Lending, PNC Card Services, PRA ) | |
| Receivables Management, LLC, ) | |
| Payoff, Inc., Paypal Credit, Peoples Gas ) | |
| Company, LLC, Portfolio Recovery ) | |
| Associates, LLC, Quantum3 Group, LLC ) | |
| as agent for Comenity Bank, SYNCB/Old ) | |
| Navy, Synchrony Bank, Suntrust/THD, ) | |
| Synchrony Bank, Toyota Lease Trust, ) | |
| Toyota Motor Credit and ) | |
| Ronda J. Winnecour, Chapter 13 Trustee, ) | |
| ) | |
| Respondents ) | |

**ORDER OF COURT**

AND NOW, to wit, this 11th day of April, 2022, it is hereby ORDERED, ADJUDGED, and DECREED, that the Debtor, Ashley M. Yohe, is hereby granted an extension until April 15, 2022 to file a Consent Order regarding her Motion to Approve Mortgage Refinance.

_____
Honorable Gregory L. Taddonio
United States Bankruptcy Judge

Case Administrator to serve: Debtor, Counsel for Debtor and Trustee

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-20911-GLT |
| Ashley M. Yohe | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Apr 11, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 13, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Ashley M. Yohe, 3134 Algonquin Trail, New Kensington, PA 15068-8736 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2022      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 11, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Toyota Lease Trust bnicholas@kmllawgroup.com |
| Christopher A. DeNardo | on behalf of Creditor Andrews Federal Credit Union logsecf@logs.com cistewart@logs.com;cdenardo@logs.com |
| Karina Velter | on behalf of Creditor Andrews Federal Credit Union kvelter@hoflawgroup.com ckohn@hoflawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Toyota Lease Trust kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Kevin Scott Frankel | on behalf of Creditor Andrews Federal Credit Union pabk@logs.com logsecf@logs.com |
| Lauren M. Lamb | on behalf of Debtor Ashley M. Yohe julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;jseech@steidl-steinberg.com;Lamb |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Apr 11, 2022 | Form ID: pdf900 | Total Noticed: 1 |

LR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com

Lily Christina Calkins
   on behalf of Creditor Andrews Federal Credit Union logsecf@logs.com cistewart@logs.com;lcalkins@logs.com

Office of the United States Trustee
   ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
   cmecf@chapter13trusteewdpa.com

S. James Wallace
   on behalf of Creditor Peoples Gas Company LLC  f/k/a Peoples TWP LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com

TOTAL: 10