FILED
5/26/22 8:39 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 19-20911 GLT |
| ) | |
| Ashley M. Yohe ) | Chapter 13 |
| ) | |
| Debtor(s). ) | Related to Dkt No. 5, 29 |
| _____ ) | |

## STIPULATED ORDER MODIFYING PLAN

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

❑    a motion to dismiss case or certificate of default requesting dismissal

☒    a plan modification sought by: Debtor to provide funding for mortgage refinance.

❑    a motion to lift stay
       as to creditor    _____

❑    Other:    _____

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☒ Chapter 13 Plan dated March 8, 2019

❑ Amended Chapter 13 Plan dated _____

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

❏     Debtor(s) Plan payments shall be changed from _____ to _____ effective _____                               .

❏     In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

❏     Debtor(s) shall file and serve _____ on or before _____.

❏     If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

❏     If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

☑     Other:

1. Andrews Federal Credit Union will be paid $3,139.38 per month effective July 2022 as per the mortgage refinance approved by the Order of Court dated April 19, 2022.
2. Attorneys fees are increasing an additional $14,000.00 to a total of 17,400.00 to be paid under the Chapter 13 Plan, subject to filing a fee application.

    **IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

    **IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect.

*[Remainder of Page Intentionally Left Blank]*

**SO ORDERED**, this  26th  day of   May 2022.

_____  jah
Gregory L. Taddonio
United States Bankruptcy Judge

Stipulated by:                                          Stipulated by:

/s/ Lauren M. Lamb                                      /s/ Owen Katz
Counsel to Debtors                                      Counsel to Chapter 13 Trustee


cc:   All Parties in Interest to be served by Clerk

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Ashley M. Yohe  
    Debtor

Case No. 19-20911-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3  
Date Rcvd: May 26, 2022      Form ID: pdf900      Total Noticed: 44

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 28, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ashley M. Yohe, 3134 Algonquin Trail, New Kensington, PA 15068-8736 |
| aty | + | A. Lysa Simon, Law Office of A. Lysa Simon, 9846 White Oak Avenue, Suite 205, Northridge, CA 91325-4806 |
| 15007468 | | AES, P.O. Box 2251, Harrisburg, PA 17105-2251 |
| 15007471 | + | Andrews Federal Credit Union, 5711 Allentown Road, Suite 400, Suitland, MD 20746-4547 |
| 15051684 | + | Andrews Federal Credit Union, 5711 Allentown Road, Suitland, MD 20746-4547 |
| 15007470 | + | Andrews Federal Credit Union, 5711 Allentown Road, Mail Stop #930, Suitland, MD 20746-4547 |
| 15467541 | | Andrews Federal Credit Union, Dovenmuehle Mortgage, Inc., 1 Corporate Drive Suite 360, Lake Zurich, IL 60047-8945 |
| 15007478 | + | Compel Fitness, 25935 Detroit Rd., Suite 336, Westlake, OH 44145-2452 |
| 15007481 | ++ | FIFTH THIRD BANK, MD# ROPS05 BANKRUPTCY DEPT, 1850 EAST PARIS SE, GRAND RAPIDS MI 49546-6253 address filed with court:, Fifth Third Bank, P. O. Box 630778, Cincinnati, OH 45263-0778 |
| 15007485 | + | PA Department of Revene, PO Box 280432, Harrisburg, PA 17128-0432 |
| 15007488 | + | PNC Card Services, PO Box 3180, Pittsburgh, PA 15230-3180 |
| 15007489 | + | Suntrust/THD, 1797 NE Expressway, Atlanta, GA 30329-7803 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | May 26 2022 23:54:29 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | May 26 2022 23:55:00 | Peoples Gas Company LLC, f/k/a Peoples TWP LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15007469 | | Email/PDF: bncnotices@becket-lee.com | May 26 2022 23:54:05 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 15032712 | | Email/PDF: bncnotices@becket-lee.com | May 26 2022 23:53:31 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15007473 | + | Email/Text: BarclaysBankDelaware@tsico.com | May 26 2022 23:55:00 | Barclays Bank, Po Box 8803, Wilmington, DE 19899-8803 |
| 15007474 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 26 2022 23:54:24 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15030227 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 26 2022 23:54:24 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15030665 | + | Email/Text: RASEBN@raslg.com | May 26 2022 23:55:00 | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15007476 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 27 2022 00:04:39 | CitiCards CBNA, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15052371 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 27 2022 00:04:43 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |

Case 19-20911-GLT   Doc 154   Filed 05/28/22   Entered 05/29/22 00:25:10   Desc
Imaged Certificate of Notice   Page 6 of 7

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 26, 2022 | Form ID: pdf900 | Total Noticed: 44 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 15462184 | + | Email/Text: bankruptcy@clearviewfcu.org | May 26 2022 23:55:00 | Clearview Federal Credit Union, 8805 University Blvd., Coraopolis PA 15108-4212 |
| 15007477 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 26 2022 23:55:00 | Comenity Bank/Pottery Barn, PO Box 182789, Columbus, OH 43218-2789 |
| 15169196 | | Email/Text: ECMCBKNotices@ecmc.org | May 26 2022 23:55:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 15037854 | + | Email/Text: FifthThirdBKNotices@nationalbankruptcy.com | May 26 2022 23:55:00 | Fifth Third Bank, PO Box 9013, Addison, Texas 75001-9013 |
| 15018544 | + | Email/Text: bankruptcy@greenskycredit.com | May 26 2022 23:54:00 | Greensky, LLC/Home Depot Loan Services, 1797 Northeast Expressway, Ste. 100, Atlanta, GA 30329-2451 |
| 15007486 | | Email/Text: goalrealignment@payoff.zendesk.com | May 26 2022 23:54:00 | Payoff Inc., 3200 Park Center Drive, Suite 800, Costa Mesa, CA 92626 |
| 15007482 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 26 2022 23:54:07 | Home Depot - CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 15007483 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 26 2022 23:55:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15007475 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 26 2022 23:53:30 | Chase, Po Box 15298, Wilmington, DE 19850 |
| 15160181 | | Email/PDF: resurgentbknotifications@resurgent.com | May 26 2022 23:54:06 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15007484 | + | Email/Text: bnc@nordstrom.com | May 26 2022 23:55:40 | Nordstrom, 13531 E. Caley Avenue, Englewood, CO 80111-6505 |
| 15020830 | + | Email/Text: bncnotifications@pheaa.org | May 26 2022 23:55:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 15053879 | | Email/Text: Bankruptcy.Notices@pnc.com | May 26 2022 23:55:00 | PNC Bank, National Association, PO Box 94982, Cleveland OH 44101 |
| 15053281 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 26 2022 23:54:05 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15007487 | + | Email/PDF: gecsedi@recoverycorp.com | May 26 2022 23:54:04 | Paypal Credit, Po Box 71202, Charlotte, NC 28272-1202 |
| 15016424 | + | Email/Text: ebnpeoples@grblaw.com | May 26 2022 23:55:00 | Peoples Gas Company LLC, f/k/a Peoples TWP, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 15049705 | | Email/Text: bnc-quantum@quantum3group.com | May 26 2022 23:55:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15007490 | | Email/PDF: gecsedi@recoverycorp.com | May 26 2022 23:54:24 | SYNCB/Old Navy, PO Box 965005, Orlando, FL 32896-5005 |
| 15054242 | + | Email/Text: bncmail@w-legal.com | May 26 2022 23:55:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 15008124 | + | Email/PDF: gecsedi@recoverycorp.com | May 26 2022 23:53:28 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15007491 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | May 26 2022 23:55:00 | Toyota Motor Credit, 4 Gathall Drive, Suite 350, Parsippany, NJ 07054 |
| 15047849 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | May 26 2022 23:55:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 32

Case 19-20911-GLT   Doc 154   Filed 05/28/22   Entered 05/29/22 00:25:10   Desc
Imaged Certificate of Notice   Page 7 of 7

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: May 26, 2022 | Form ID: pdf900 | Total Noticed: 44 |

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Andrews Federal Credit Union |
| cr | | Toyota Lease Trust |
| 15007479 | | EQT |
| 15007480 | | Father |
| cr | * | ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15007472 | *+ | Andrews Federal Credit Union, 5711 Allentown Road, Suite 400, Suitland, MD 20746-4547 |

TOTAL: 4 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2022         Signature:         /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 26, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Toyota Lease Trust bnicholas@kmllawgroup.com |
| Christopher A. DeNardo | on behalf of Creditor Andrews Federal Credit Union logsecf@logs.com |
| Karina Velter | on behalf of Creditor Andrews Federal Credit Union kvelter@hoflawgroup.com ckohn@hoflawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Toyota Lease Trust kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Kevin Scott Frankel | on behalf of Creditor Andrews Federal Credit Union pabk@logs.com logsecf@logs.com |
| Lauren M. Lamb | on behalf of Debtor Ashley M. Yohe julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;jseech@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Lily Christina Calkins | on behalf of Creditor Andrews Federal Credit Union logsecf@logs.com lcalkins@logs.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Gas Company LLC f/k/a Peoples TWP LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com |

TOTAL: 10