IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Bankruptcy No. 19-20911-GLT |
| Ashley M. Yohe | : | Chapter 13 |
| | : | |
| Debtor | : | Related to Court Claim No. 12, 16, |
| | : | and 21 |
| | : | |
| | : | Related to Dk. No. 155 |
| | : | |
| | : | |
| | : | |
| | : | |

**WITHDRAWAL OF ANDREWS FEDERAL CREDIT UNION
PROOF OF CLAIMS NUMBERED 12 AND 16 AND
NOTICE OF PROOF OF CLAIM ON NEW LOAN (CLAIM NUMBER 21)**

Comes Now, Andrews Federal Credit Union and withdraws two (2) of its proof of claims, Claims numbered 12 and 16 on the Claims Register on the above entitled matter.

The reason for the withdrawal is that the Court approved the Debtor, Ashley M. Yohe's motion to allow her to refinance her First Mortgage and HELOC with Andrews Federal Credit Union (hereafter the "Credit Union"). The new real estate secured loan paid off the Debtor's Andrews Federal Credit Union First Mortgage (Claim  Number 12) and Andrews Federal Credit Union HELOC (Claim Number 16)   A new proof of claim (Claim Number 21) has been filed on the refinanced loan.

In addition, the Credit Union has assigned the serving of the loan to a new servicer. All payments on the new loan (Claim Number 21), are to be sent to the new servicer, Dovenmuehle Mortgage, Inc., 1 Corporate Drive Suite 360, Lake Zurich, IL 60047-8945. Notices should be sent to the new servicer as well, and to the Credit Union at its address, Andrews Federal Credit Union, 5711  Allentown Road, Suitland MD, 20746.

July 1, 2022

_____
A. Lysa Simon

SO ORDERED
July 05, 2022

Gregory L. Taddonio    **jah**
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                          Case No. 19-20911-GLT

Ashley M. Yohe                                                                        Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                              User: auto                                                    Page 1 of 2

Date Rcvd: Jul 05, 2022                      Form ID: pdf900                                      Total Noticed: 2

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 07, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ashley M. Yohe, 3134 Algonquin Trail, New Kensington, PA 15068-8736 |
| 15007470 | + | Andrews Federal Credit Union, 5711 Allentown Road, Mail Stop #930, Suitland, MD 20746-4547 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 07, 2022                              Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 5, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| A Lysa Simon | on behalf of Creditor Andrews Federal Credit Union culawyers@earthlink.net |
| Brian Nicholas | on behalf of Creditor Toyota Lease Trust bnicholas@kmllawgroup.com |
| Christopher A. DeNardo | on behalf of Creditor Andrews Federal Credit Union logsecf@logs.com |
| Karina Velter | on behalf of Creditor Andrews Federal Credit Union kvelter@hoflawgroup.com  ckohn@hoflawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Toyota Lease Trust kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Kevin Scott Frankel | on behalf of Creditor Andrews Federal Credit Union pabk@logs.com  logsecf@logs.com |

Lauren M. Lamb
on behalf of Debtor Ashley M. Yohe
julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;jseech@steidl-steinberg.com;Lamb
LR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com

Lily Christina Calkins
on behalf of Creditor Andrews Federal Credit Union logsecf@logs.com  lcalkins@logs.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

S. James Wallace
on behalf of Creditor Peoples Gas Company LLC  f/k/a Peoples TWP LLC ecfpeoples@grblaw.com,
PNGbankruptcy@peoples-gas.com


TOTAL: 11