FILED
3/20/24 1:27 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Case No. 19-20911-GLT |
| Ashley M. Yohe | ) | |
| | ) | Chapter 13 |
| Debtor(s) | ) | Related to Docket No. 165 & 169 |
| Ronda J. Winnecour, Chapter 13 Trustee | ) | |
| Movant(s) | ) | |
| vs. | ) | |
| Ashley M. Yohe | ) | |
| | ) | |
| Respondent(s) | ) | |

WITHDRAWAL OF TRUSTEE'S MOTION TO DISMISS

The Motion to Dismiss that was filed in the above-referenced case on March 8,

2024 (document #165) is hereby WITHDRAWN.  The hearing scheduled for April 3,

2024 is cancelled.

Respectfully submitted,

3/20/2024

/s/ Ronda J. Winnecour
Ronda J. Winnecour (PA I.D. #30399)
Attorney and Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SO ORDERED
March 20, 2024

drb

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                          Case No. 19-20911-GLT

Ashley M. Yohe                                                                        Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                         User: auto                                        Page 1 of 2

Date Rcvd: Mar 20, 2024                  Form ID: pdf900                              Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol          Definition**

\+                    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                     regulations require that automation-compatible mail display the correct ZIP.


**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 22, 2024:**

**Recip ID                    Recipient Name and Address**
db                        +  Ashley M. Yohe, 3134 Algonquin Trail, New Kensington, PA 15068-8736

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2024                        Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 20, 2024 at the address(es) listed below:**

**Name                              Email Address**

A Lysa Simon
                          on behalf of Creditor Andrews Federal Credit Union culawyers@earthlink.net

Christopher A. DeNardo
                          on behalf of Creditor Andrews Federal Credit Union logsecf@logs.com

Denise Carlon
                          on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com

Karina Velter
                          on behalf of Creditor Andrews Federal Credit Union karina.velter@powerskirn.com  Kaitlyn.Pemper@powerskirn.com

Keri P. Ebeck
                          on behalf of Creditor Toyota Lease Trust kebeck@bernsteinlaw.com
                          btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Kevin Scott Frankel

District/off: 0315-2                                        User: auto                                        Page 2 of 2

Date Rcvd: Mar 20, 2024                                Form ID: pdf900                                Total Noticed: 1

on behalf of Creditor Andrews Federal Credit Union pabk@logs.com  logsecf@logs.com

Lauren M. Lamb

on behalf of Debtor Ashley M. Yohe
julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;
rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Lily Christina Calkins

on behalf of Creditor Andrews Federal Credit Union logsecf@logs.com  lilychristinacalkins@gmail.com

Mario J. Hanyon

on behalf of Creditor Andrews Federal Credit Union wbecf@brockandscott.com  mario.hanyon@brockandscott.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

S. James Wallace

on behalf of Creditor Peoples Gas Company LLC  f/k/a Peoples TWP LLC ecfpeoples@grblaw.com,
PNGbankruptcy@peoples-gas.com


TOTAL: 12