IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Ashley M. Yohe, | ) | Bankruptcy No. 19-20911-GLT |
|     Debtor | ) | Chapter 13 |
| | ) | Related to Document No(s). 167-168 |
| Ashley M. Yohe, | ) | |
|     Movant | ) | Hearing Date and Time: |
| | ) | May 1, 2024 at 10:00AM |
|     vs. | ) | |
| | ) | |
| Office of the U.S. Trustee, Ronda J. Winnecour, Trustee, AES, American Express, Andrews Federal Credit Union, Dovenmuehle Mortgage, Barclays Bank, Capital One Bank, JPMorgan Chase Bank, N.A., Citicards CBNA, Citibank, N.A., Clearview Federal Credit Union Comenity Bank/Pottery Barn, Compel Fitness, ECMC, Fifth Third Bank, Greensky, LLC/Home Depot Loan Services, Home Depot-CBNA, Internal Revenue Service, LVNV Funding, LLC, Nordstrom, PA Department of Revenue, PHEAA, PNC Bank Retail Lending, PNC Card Services, PRA Receivables Management, LLC, Happy Money, Paypal Credit, Peoples Gas Company, LLC, Portfolio Recovery Associates, LLC, Quantum3 Group LLC, SYNCB/Old Navy, Synchrony Bank, Suntrust/THD, Synchrony Bank, Toyota Lease Trust, Toyota Motor Credit, | ) | |
|     Respondent(s) | ) | |

**<u>CERTIFICATION OF NO OBJECTION REGARDING APPLICATION FOR FINAL COMPENSATION BY COUNSEL FOR DEBTORS</u>**

    The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application for Final Compensation by Counsel for Debtors filed on March 15, 2024 has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Application for Final Compensation by Counsel for Debtors appears thereon.  Pursuant to the Notice of Hearing, objections for Application for Final Compensation by Counsel for Debtors were to be filed and served no later than April 2, 2024.

      It is hereby respectfully requested that the Order attached to the Application for Final Compensation by Counsel for Debtors be entered by the Court.

                                          Respectfully submitted,

| April 3, 2024 | /s/Lauren M. Lamb |
|---|---|
| Date | Lauren M. Lamb, Esquire |
| | Attorney for the Debtor |
| | STEIDL & STEINBERG |
| | 2830 Gulf Tower |
| | 707 Grant Street |
| | Pittsburgh, PA  15219 |
| | (412) 391-8000 |
| | PA I. D. No.  209201 |
| | llamb@steidl-steinberg.com |