FILED
4/16/24 9:21 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Ashley M. Yohe, ) | Bankruptcy No. 19-20911-GLT |
| ) | Chapter 13 |
| Debtor ) | Document No. 167 |
| ) | |
| Steidl & Steinberg, P.C. ) | |
| ) | |
| Movant ) | |
| ) | |
| vs. ) | |
| ) | |
| Office of the U.S. Trustee, Ronda J. ) | |
| Winnecour, Trustee, AES, American Express, ) | |
| Andrews Federal Credit Union, Dovenmuehle ) | |
| Mortgage, Barclays Bank, Capital One Bank, ) | |
| JPMorgan Chase Bank, N.A., Citicards ) | |
| CBNA, Citibank, N.A., Clearview Federal ) | |
| Credit Union Comenity Bank/Pottery Barn, ) | |
| Compel Fitness, ECMC, Fifth Third Bank, ) | |
| Greensky, LLC/Home Depot Loan Services, ) | |
| Home Depot-CBNA, Internal Revenue ) | |
| Service, LVNV Funding, LLC, Nordstrom, ) | |
| PA Department of Revenue, PHEAA, PNC ) | |
| Bank Retail Lending, PNC Card Services, ) | |
| PRA Receivables Management, LLC, Happy ) | |
| Money, Paypal Credit, Peoples Gas Company, ) | |
| LLC, Portfolio Recovery Associates, LLC, ) | |
| Quantum3 Group LLC, SYNCB/Old Navy, ) | |
| Synchrony Bank, Suntrust/THD, Synchrony ) | |
| Bank, Toyota Lease Trust, Toyota Motor ) | |
| Credit,, ) | |
| ) | |
| Respondents ) | |

**ORDER OF COURT**

AND NOW, to-wit this _16th Day of April_, 2024, after consideration of the Application for Final Compensation by Counsel for Debtor it is hereby ORDERED, ADJUDGED and DECREED that:

1) The Application for Final Compensation is approved in the additional amount of $14,940.00 for work performed in the Chapter 13 case by Debtor's counsel from January 3, 2019 to March 14, 2024.

2) The Debtor paid her counsel for administrative costs and expenses totaling $500.00 prior to case filing. Expenses reimbursement of $0.00 is being requested here.

3) Before the approval of this Fee Application, the Debtor's counsel was paid a $600.00 retainer prior to filing and has been paid $3,400.00 by the Chapter 13 Trustee for the remainder of the no-look fee. With the approval of this Fee Application, the total amount of allowed fees in this case for Debtor's counsel is $18,940.00, provided, however, the total to be paid through the Plan by the Trustee is $18,340.00, representing the $3,400.00 remainder of the no-look fee as set forth above, and an additional $14,940.00, $14,000.00 of which was provided for in the Stipulated Order Modifying Plan dated May 26, 2022 at Docket No. 153 and a remaining amount up to $940.00 to be paid from funds the Chapter 13 Trustee has on hand after the goals of the Plan are achieved, but before a Debtor Refund is issued.

4) The fees requested will not decrease the amount to be paid to other creditors being paid through the Chapter 13 Plan.

5) No amended Chapter 13 Plan is needed as the additional fees were included in the Stipulated Order Modifying Plan dated May 26, 2022.

6) The clerk shall record the total compensation as $18,940.00, provided only $18,340.00 is to be paid through the Trustee under the Plan.

DATED: April 16, 2024

Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

**ENTERED BY DEFAULT**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-20911-GLT |
| Ashley M. Yohe | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Apr 16, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Ashley M. Yohe, 3134 Algonquin Trail, New Kensington, PA 15068-8736 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Apr 18, 2024 | Signature: | /s/Gustava Winters |

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| A Lysa Simon | on behalf of Creditor Andrews Federal Credit Union culawyers@earthlink.net |
| Christopher A. DeNardo | on behalf of Creditor Andrews Federal Credit Union logsecf@logs.com |
| Denise Carlon | on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com |
| Karina Velter | on behalf of Creditor Andrews Federal Credit Union karina.velter@powerskirn.com  Kaitlyn.Pemper@powerskirn.com |
| Keri P. Ebeck | on behalf of Creditor Toyota Lease Trust kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Kevin Scott Frankel | on behalf of Creditor Andrews Federal Credit Union pabk@logs.com  logsecf@logs.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Apr 16, 2024 | Form ID: pdf900 | Total Noticed: 1 |

Lauren M. Lamb
    on behalf of Debtor Ashley M. Yohe
    julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;
    rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Lily Christina Calkins
    on behalf of Creditor Andrews Federal Credit Union logsecf@logs.com lilychristinacalkins@gmail.com

Mario J. Hanyon
    on behalf of Creditor Andrews Federal Credit Union wbecf@brockandscott.com mario.hanyon@brockandscott.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Gas Company LLC  f/k/a Peoples TWP LLC ecfpeoples@grblaw.com,
    PNGbankruptcy@peoples-gas.com

TOTAL: 12