FILED
4/23/24 3:31 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Ashley M. Yohe | ) | Case No. 19-20911-GLT |
| | ) | Chapter 13 |
| Debtor | ) | Docket No. |
| | ) | |
| | ) | |
| Ashley M. Yohe | ) | |
| | ) | |
| Movant | ) | |
| | ) | |
| vs. | ) | Related to Docket No. 175 |
| | ) | |
| AES, American Express, Andrews Federal Credit Union, Barclays Bank, Capital One, Capital One Bank (USA), N.A., JPMorgan Chase, Chase Bank USA, N.A. Citicards CBNA, Citicards, N.A., Clearview Federal Credit Union, Comenity Bank/Pottery Barn, Compel Fitness, Dovenmuehle Mortgage ECMC, Fifth Third Bank, Greensky, Home Depot-CBNA, Internal Revenue Service, LVNV Funding, LLC, Nordstrom, PA Dept. of Revenue, PHEAA, PNC Bank Retail Lending, PNC Card Services, PRA Receivables Management, LLC, Happy Money, Paypal Credit, Peoples Gas, Portfolio Recovery Associates, LLC, Quantum3 Group, SYNCB/Old Navy, Synchrony Bank, Suntrust/THD, Toyota Lease Trust, Toyota Motor Credit, and Ronda J. Winnecour, Trustee, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| | ) | |
| Respondents | ) | |

**CONSENT ORDER APPROVING POSTPETITION AUTOMOBILE FINANCING**

This matter comes before the Court upon the Consent Order to Approve Post-Petition Automobile Financing [Dkt. No. [175] filed by Debtor on April 23, 2024. Based upon the

foregoing, and for good cause shown, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

    1. The *Order* [Dkt. No. 175 is **GRANTED** as provided by the terms of this *Order*. Debtor is authorized to obtain secured financing for the purchase of a 2024 Lexus TX.

    2. To the extent that Debtor secures financing for the purchase of a new vehicle, such payments **shall not be made through the chapter 13 plan as Debtor has completed her Chapter 13 Plan payments**. Within **30 DAYS** of securing such financing, Debtor shall file a report of financing.

    3. Debtor shall serve copies of this *Order* on all creditors eligible to receive distributions through the chapter 13 plan and file proof of the same with the Court.

    4. Debtor is approved to trade her 2018 Lexus RX350 toward the purchase of this replacement vehicle


Prepared by: Lauren M. Lamb


| | |
|---|---|
| <u>April 23, 2024</u><br>DATE | /s/ Lauren M. Lamb<br>Lauren M. Lamb, Esquire<br>Attorney for the Debtor<br>STEIDL & STEINBERG<br>Suite 2830 – Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA  15219<br>(412) 391-8000<br>PA I. D. No. 209201<br>llamb@steidl-steinberg.com |
| <u>April 23, 2024</u><br>DATE | /s/Katherine DeSimone<br>Katherine DeSimone, Esquire<br>Attorney for Chapter 13 Trustee |

Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
412-471-5566

_____
Gregory L. Taddonio   drb
Chief United States Bankruptcy Judge

DATED: April 23, 2024

Case Administrator to Mail to:
Debtor(s)
Counsel for Debtor(s)
Ronda J. Winnecour, Esq.
Office of the U.S. Trustee

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-20911-GLT |
| Ashley M. Yohe | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Apr 23, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 25, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ashley M. Yohe, 3134 Algonquin Trail, New Kensington, PA 15068-8736 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Apr 25, 2024 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 23, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| A Lysa Simon | on behalf of Creditor Andrews Federal Credit Union culawyers@earthlink.net |
| Christopher A. DeNardo | on behalf of Creditor Andrews Federal Credit Union logsecf@logs.com |
| Denise Carlon | on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com |
| Karina Velter | on behalf of Creditor Andrews Federal Credit Union karina.velter@powerskirn.com Kaitlyn.Pemper@powerskirn.com |
| Keri P. Ebeck | on behalf of Creditor Toyota Lease Trust kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Kevin Scott Frankel | on behalf of Creditor Andrews Federal Credit Union pabk@logs.com logsecf@logs.com |

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 23, 2024 | Form ID: pdf900 | Total Noticed: 1 |

Lauren M. Lamb
    on behalf of Debtor Ashley M. Yohe
    julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;
    rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Lily Christina Calkins
    on behalf of Creditor Andrews Federal Credit Union logsecf@logs.com  lilychristinacalkins@gmail.com

Mario J. Hanyon
    on behalf of Creditor Andrews Federal Credit Union wbecf@brockandscott.com  mario.hanyon@brockandscott.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Gas Company LLC  f/k/a Peoples TWP LLC ecfpeoples@grblaw.com,
    PNGbankruptcy@peoples-gas.com

TOTAL: 12