**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| ASHLEY M. YOHE | Case No.:19-20911 |
| Debtor(s) | Chapter 13 |
| Ronda J. Winnecour<br>Chapter 13 Trustee,<br>     Movant<br>   vs.<br>No Respondents. | Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

April 25, 2024

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 03/08/2019 and confirmed on 4/23/19 . The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 276,850.50 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 276,850.50 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 17,400.00 | |
|   Trustee Fee | 13,568.34 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 30,968.34 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   ANDREWS FEDERAL CREDIT UNION | 0.00 | 18,545.25 | 0.00 | 18,545.25 |
|     Acct: 6317 | | | | |
|   ANDREWS FCU | 0.00 | 105,079.25 | 0.00 | 105,079.25 |
|     Acct: 1202 | | | | |
|   ANDREWS FCU | 0.00 | 74,486.91 | 0.00 | 74,486.91 |
|     Acct: 3896 | | | | |
|   ANDREWS FCU | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1202 | | | | |
| | | | | 198,111.41 |
| **Priority** | | | | |
|   LAUREN M LAMB ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ASHLEY M. YOHE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 3,400.00 | 3,400.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 14,000.00 | 14,000.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXXXXXXX4-24 | | | | |
|   INTERNAL REVENUE SERVICE* | 3,581.73 | 3,581.73 | 0.00 | 3,581.73 |
|     Acct: 2926 | | | | |
|   PA DEPARTMENT OF REVENUE* | 768.00 | 768.00 | 0.00 | 768.00 |
|     Acct: | | | | |
|   TOYOTA LEASE TRUST | 23,617.97 | 23,617.97 | 0.00 | 23,617.97 |
|     Acct: D251 | | | | |
|   CLEARVIEW FCU** | 0.00 | 11,102.00 | 0.00 | 11,102.00 |
|     Acct: 8604 | | | | |
| | | | | 39,069.70 |
| **Unsecured** | | | | |
|   ECMC(*) | 432.36 | 27.35 | 0.00 | 27.35 |
|     Acct: 2926 | | | | |
|   AMERICAN EXPRESS NATIONAL BANK | 11,105.50 | 702.37 | 0.00 | 702.37 |
|     Acct: 1005 | | | | |
|   ANDREWS FEDERAL CREDIT UNION | 15,810.47 | 999.93 | 0.00 | 999.93 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 0100 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES LLC | 3,680.60 | 232.78 | 0.00 | 232.78 |
| Acct: 5635 | | | | |
|   CAPITAL ONE BANK (USA) NA BY AMERIC, | 5,717.57 | 361.61 | 0.00 | 361.61 |
| Acct: 2263 | | | | |
|   CHASE BANK USA NA(*) | 9,694.11 | 613.10 | 0.00 | 613.10 |
| Acct: 7451 | | | | |
|   CITIBANK NA** | 4,502.86 | 284.79 | 0.00 | 284.79 |
| Acct: 3452 | | | | |
|   QUANTUM3 GROUP LLC AGNT - COMENIT | 2,023.24 | 127.96 | 0.00 | 127.96 |
| Acct: 5268 | | | | |
|   COMPEL FITNESS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   FIFTH THIRD BANK | 39,949.19 | 2,526.60 | 0.00 | 2,526.60 |
| Acct: 2523 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES LLC | 11,898.21 | 752.50 | 0.00 | 752.50 |
| Acct: 7889 | | | | |
|   NORDSTROM | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5129 | | | | |
|   LVNV FUNDING LLC | 2,836.62 | 179.41 | 0.00 | 179.41 |
| Acct: 8814 | | | | |
|   PNC BANK NA | 3,004.24 | 190.01 | 0.00 | 190.01 |
| Acct: 0910 | | | | |
|   GREENSKY LLC(*) | 24,281.25 | 1,535.67 | 0.00 | 1,535.67 |
| Acct: 4099 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES LLC | 1,946.42 | 123.10 | 0.00 | 123.10 |
| Acct: 8276 | | | | |
|   PEOPLES GAS LLC F/K/A PEOPLES TWP I | 693.54 | 43.87 | 0.00 | 43.87 |
| Acct: 5657 | | | | |
|   PAYOFF INC | 31,872.68 | 0.00 | 0.00 | 0.00 |
| Acct: 4373 | | | | |
|   SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8276 | | | | |
|   GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   EQT INVESTMENTS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   CREDITOR INFORMATION MISSING OR V/ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   LOGS LEGAL GROUP LLP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   HLADIK ONORATO & FEDERMAN LLP** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   A LYSA SIMON ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 8,701.05 |

TOTAL PAID TO CREDITORS                                                                                245,882.16

| | |
|---|---:|
| TOTAL CLAIMED | |
| PRIORITY | 27,967.70 |
| SECURED | 0.00 |
| UNSECURED | 169,448.86 |

Date: 04/25/2024

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
ASHLEY M. YOHE

    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:19-20911

Chapter 13

Document No.:

## ORDER OF COURT

AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                       Case No. 19-20911-GLT
Ashley M. Yohe                               Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                              User: auto                           Page 1 of 4
Date Rcvd: Apr 26, 2024                      Form ID: pdf900                    Total Noticed: 44

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ashley M. Yohe, 3134 Algonquin Trail, New Kensington, PA 15068-8736 |
| 15007468 | | AES, P.O. Box 2251, Harrisburg, PA 17105-2251 |
| 15007478 | + | Compel Fitness, 25935 Detroit Rd., Suite 336, Westlake, OH 44145-2452 |
| 15007481 | ++ | FIFTH THIRD BANK, MD# ROPS05 BANKRUPTCY DEPT, 1850 EAST PARIS SE, GRAND RAPIDS MI 49546-6253 address filed with court:, Fifth Third Bank, P. O. Box 630778, Cincinnati, OH 45263-0778 |
| 15007485 | + | PA Department of Revene, PO Box 280432, Harrisburg, PA 17128-0432 |
| 15007488 | + | PNC Card Services, PO Box 3180, Pittsburgh, PA 15230-3180 |
| 15007489 | + | Suntrust/THD, 1797 NE Expressway, Atlanta, GA 30329-7803 |
| 15008124 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 27 2024 00:20:02 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Apr 26 2024 23:49:00 | Peoples Gas Company LLC, f/k/a Peoples TWP LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15007469 | | Email/PDF: bncnotices@becket-lee.com | Apr 27 2024 00:19:16 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 15032712 | | Email/PDF: bncnotices@becket-lee.com | Apr 27 2024 00:19:16 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15007471 | + | Email/Text: bankrupt@andrewsfcu.org | Apr 26 2024 23:50:00 | Andrews Federal Credit Union, 5711 Allentown Road, Suite 400, Suitland, MD 20746-4547 |
| 15007470 | + | Email/Text: bankrupt@andrewsfcu.org | Apr 26 2024 23:50:00 | Andrews Federal Credit Union, 5711 Allentown Road, Mail Stop #930, Suitland, MD 20746-4547 |
| 15051684 | + | Email/Text: bankrupt@andrewsfcu.org | Apr 26 2024 23:50:00 | Andrews Federal Credit Union, 5711 Allentown Road, Suitland, MD 20746-4547 |
| 15007473 | + | Email/Text: BarclaysBankDelaware@tsico.com | Apr 26 2024 23:50:00 | Barclays Bank, Po Box 8803, Wilmington, DE 19899-8803 |
| 15007474 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 27 2024 00:44:54 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15030227 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 27 2024 00:06:51 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15030665 | | Email/Text: RASEBN@raslg.com | Apr 26 2024 23:49:00 | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15007476 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 27 2024 00:06:53 | CitiCards CBNA, Po Box 6217, Sioux Falls, SD |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | 57117-6217 |
| 15052371 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 27 2024 00:06:56 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 15462184 | + | Email/Text: bankruptcy@clearviewfcu.org | Apr 26 2024 23:51:00 | Clearview Federal Credit Union, 8805 University Blvd., Coraopolis PA 15108-4212 |
| 15007477 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 26 2024 23:51:00 | Comenity Bank/Pottery Barn, PO Box 182789, Columbus, OH 43218-2789 |
| 15467541 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Apr 26 2024 23:50:00 | Andrews Federal Credit Union, Dovenmuehle Mortgage, Inc., 1 Corporate Drive Suite 360, Lake Zurich, IL 60047-8945 |
| 15495207 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Apr 26 2024 23:50:00 | Andrews Federal Credit Union, c/o Dovenmuehle Mortgage, Inc., 1 Corporate Drive Suite 360, Lake Zurich IL 60047 |
| 15169196 | | Email/Text: ECMCBKNotices@ecmc.org | Apr 26 2024 23:51:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 15037854 | + | Email/Text: FifthThirdBKNotices@nationalbankruptcy.com | Apr 26 2024 23:50:00 | Fifth Third Bank, PO Box 9013, Addison, Texas 75001-9013 |
| 15018544 | + | Email/Text: bankruptcy@greenskycredit.com | Apr 26 2024 23:49:00 | Greensky, LLC/Home Depot Loan Services, 1797 Northeast Expressway, Ste. 100, Atlanta, GA 30329-2451 |
| 15007486 | | Email/Text: sb_jira_integration@happymoney.com | Apr 26 2024 23:49:00 | Payoff Inc., 3200 Park Center Drive, Suite 800, Costa Mesa, CA 92626 |
| 15007482 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 27 2024 00:19:28 | Home Depot - CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 15007483 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 26 2024 23:50:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15007475 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 27 2024 00:07:17 | Chase, Po Box 15298, Wilmington, DE 19850 |
| 15160181 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 27 2024 00:07:22 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15007484 | + | Email/Text: bnc@nordstrom.com | Apr 26 2024 23:50:08 | Nordstrom, 13531 E. Caley Avenue, Englewood, CO 80111-6505 |
| 15020830 | + | Email/Text: bncnotifications@pheaa.org | Apr 26 2024 23:50:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 15053879 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 26 2024 23:49:00 | PNC Bank, National Association, PO Box 94982, Cleveland OH 44101 |
| 15053281 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 27 2024 01:15:58 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15007487 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 27 2024 00:07:57 | Paypal Credit, Po Box 71202, Charlotte, NC 28272-1202 |
| 15016424 | + | Email/Text: ebnpeoples@grblaw.com | Apr 26 2024 23:49:00 | Peoples Gas Company LLC, f/k/a Peoples TWP, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 15049705 | | Email/Text: bnc-quantum@quantum3group.com | Apr 26 2024 23:51:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15007490 | | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 27 2024 00:45:01 | SYNCB/Old Navy, PO Box 965005, Orlando, FL 32896-5005 |
| 15054242 | + | Email/Text: bncmail@w-legal.com | Apr 26 2024 23:51:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 15047849 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Apr 26 2024 23:50:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 4 |
| Date Rcvd: Apr 26, 2024 | Form ID: pdf900 | Total Noticed: 44 |

| | | | |
|---|---|---|---|
| 15007491 | + Email/Text: TFS_Agency_Bankruptcy@toyota.com | | |
| | | Apr 26 2024 23:50:00 | Toyota Motor Credit, 4 Gathall Drive, Suite 350, Parsippany, NJ 07054-4522 |

TOTAL: 36

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Andrews Federal Credit Union |
| cr | | Toyota Lease Trust |
| 15007479 | | EQT |
| 15007480 | | Father |
| cr | * | ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15007472 | *+ | Andrews Federal Credit Union, 5711 Allentown Road, Suite 400, Suitland, MD 20746-4547 |

TOTAL: 4 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Apr 28, 2024 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 25, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| A Lysa Simon | on behalf of Creditor Andrews Federal Credit Union culawyers@earthlink.net |
| Christopher A. DeNardo | on behalf of Creditor Andrews Federal Credit Union logsecf@logs.com |
| Denise Carlon | on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com |
| Karina Velter | on behalf of Creditor Andrews Federal Credit Union karina.velter@powerskirn.com Kaitlyn.Pemper@powerskirn.com |
| Keri P. Ebeck | on behalf of Creditor Toyota Lease Trust kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Kevin Scott Frankel | on behalf of Creditor Andrews Federal Credit Union pabk@logs.com logsecf@logs.com |
| Lauren M. Lamb | on behalf of Debtor Ashley M. Yohe julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com; rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Lily Christina Calkins | on behalf of Creditor Andrews Federal Credit Union logsecf@logs.com lilychristinacalkins@gmail.com |
| Mario J. Hanyon | on behalf of Creditor Andrews Federal Credit Union wbecf@brockandscott.com mario.hanyon@brockandscott.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 4 |
| Date Rcvd: Apr 26, 2024 | Form ID: pdf900 | Total Noticed: 44 |

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Gas Company LLC  f/k/a Peoples TWP LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com

TOTAL: 12