IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Ashley M. Yohe ) | Case No. 19-20911-GLT |
| ) | Chapter 13 |
| Debtor ) | Related to Docket No. 176 |
| ) | |
| ) | |
| Ashley M. Yohe ) | |
| ) | |
| Movant ) | |
| ) | |
| vs. ) | |
| ) | |
| AES, American Express, Andrews Federal ) | |
| Credit Union, Barclays Bank, Capital One, ) | |
| Capital One Bank (USA), N.A., JPMorgan ) | |
| Chase, Chase Bank USA, N.A. Citicards ) | |
| CBNA, Citicards, N.A., Clearview Federal ) | |
| Credit Union, Comenity Bank/Pottery Barn, ) | |
| Compel Fitness, Dovenmuehle Mortgage ) | |
| ECMC, Fifth Third Bank, Greensky, Home ) | |
| Depot-CBNA, Internal Revenue Service, ) | |
| LVNV Funding, LLC, Nordstrom, PA ) | |
| Dept. of Revenue, PHEAA, PNC Bank ) | |
| Retail Lending, PNC Card Services, PRA ) | |
| Receivables Management, LLC, Happy ) | |
| Money, Paypal Credit, Peoples Gas, ) | |
| Portfolio Recovery Associates, LLC, ) | |
| Quantum3 Group, SYNCB/Old Navy, ) | |
| Synchrony Bank, Suntrust/THD, Toyota ) | |
| Lease Trust, Toyota Motor Credit,  and ) | |
| Ronda J. Winnecour, Trustee, ) | |
| ) | |
| Respondents ) | |

**<u>REPORT OF NO FINANCING</u>**

AND NOW, comes the debtor, Ashley M. Yohe, by and through her attorney, Lauren M. Lamb and Steidl and Steinberg, P.C., and respectfully represents as follows:

1. On April 23, 2024, this Honorable Court signed an Order authorizing the Debtor to finance the purchase of a vehicle to replace her 2018 Lexus RX350 and to trade the same toward the purchase of a replacement vehicle.

2. Debtor has decided to wait until after her case is closed to replace her current vehicle.

WHEREFORE, the debtor, Ashley M. Yohe, respectfully files this Report of No Financing.

                                        Respectfully submitted,

<u>June 6, 2024</u>                             <u>/s/ Lauren M. Lamb</u>
DATE                                    Lauren M. Lamb, Esquire
                                        Attorney for the Debtor
                                        STEIDL & STEINBERG
                                        Suite 2830, Gulf Tower
                                        707 Grant Street
                                        Pittsburgh, PA 15219
                                        (412) 391-8000
                                        llamb@steidl-steinberg.com
                                        PA I.D. No. 209201