**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
6/10/24 12:52 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
   ASHLEY M. YOHE

         Debtor(s)

Ronda J. Winnecour
         Movant
      vs.
No Repondents.

Case No.:19-20911

Chapter 13

Related to Docket No. 178

ORDER OF COURT

AND NOW, this _____ 10th Day of June, 2024 _____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
Gregory L. Taddonio, Chief Judge
United States Bankrutpcy Court

**ENTERED BY DEFAULT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:  Case No. 19-20911-GLT
Ashley M. Yohe  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2   User: auto   Page 1 of 4
Date Rcvd: Jun 10, 2024   Form ID: pdf900   Total Noticed: 44

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 12, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ashley M. Yohe, 3134 Algonquin Trail, New Kensington, PA 15068-8736 |
| 15007468 | | AES, P.O. Box 2251, Harrisburg, PA 17105-2251 |
| 15007478 | + | Compel Fitness, 25935 Detroit Rd., Suite 336, Westlake, OH 44145-2452 |
| 15007481 | ++ | FIFTH THIRD BANK, MD# ROPS05 BANKRUPTCY DEPT, 1850 EAST PARIS SE, GRAND RAPIDS MI 49546-6253 address filed with court:, Fifth Third Bank, P. O. Box 630778, Cincinnati, OH 45263-0778 |
| 15007485 | + | PA Department of Revene, PO Box 280432, Harrisburg, PA 17128-0432 |
| 15007488 | + | PNC Card Services, PO Box 3180, Pittsburgh, PA 15230-3180 |
| 15007489 | + | Suntrust/THD, 1797 NE Expressway, Atlanta, GA 30329-7803 |
| 15008124 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 11 2024 11:19:02 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Jun 11 2024 11:11:00 | Peoples Gas Company LLC, f/k/a Peoples TWP LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15007469 | | Email/PDF: bncnotices@becket-lee.com | Jun 11 2024 11:39:49 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 15032712 | | Email/PDF: bncnotices@becket-lee.com | Jun 11 2024 11:29:28 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15007471 | + | Email/Text: bankrupt@andrewsfcu.org | Jun 11 2024 11:11:00 | Andrews Federal Credit Union, 5711 Allentown Road, Suite 400, Suitland, MD 20746-4547 |
| 15007470 | + | Email/Text: bankrupt@andrewsfcu.org | Jun 11 2024 11:11:00 | Andrews Federal Credit Union, 5711 Allentown Road, Mail Stop #930, Suitland, MD 20746-4547 |
| 15051684 | + | Email/Text: bankrupt@andrewsfcu.org | Jun 11 2024 11:11:00 | Andrews Federal Credit Union, 5711 Allentown Road, Suitland, MD 20746-4547 |
| 15007473 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jun 11 2024 11:11:00 | Barclays Bank, Po Box 8803, Wilmington, DE 19899-8803 |
| 15007474 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 11 2024 11:18:59 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15030227 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 11 2024 11:18:54 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15030665 | + | Email/Text: RASEBN@raslg.com | Jun 11 2024 11:11:00 | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |

| ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 15007476 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 11 2024 11:19:12 | CitiCards CBNA, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15052371 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 11 2024 11:19:02 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 15462184 | + | Email/Text: bankruptcy@clearviewfcu.org | Jun 11 2024 11:11:00 | Clearview Federal Credit Union, 8805 University Blvd., Coraopolis PA 15108-4212 |
| 15007477 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 11 2024 11:11:00 | Comenity Bank/Pottery Barn, PO Box 182789, Columbus, OH 43218-2789 |
| 15467541 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Jun 11 2024 11:11:00 | Andrews Federal Credit Union, Dovenmuehle Mortgage, Inc., 1 Corporate Drive Suite 360, Lake Zurich, IL 60047-8945 |
| 15495207 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Jun 11 2024 11:11:00 | Andrews Federal Credit Union, c/o Dovenmuehle Mortgage, Inc., 1 Corporate Drive Suite 360, Lake Zurich IL 60047 |
| 15169196 | | Email/Text: ECMCBKNotices@ecmc.org | Jun 11 2024 11:11:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 15037854 | + | Email/Text: FifthThirdBKNotices@nationalbankruptcy.com | Jun 11 2024 11:11:00 | Fifth Third Bank, PO Box 9013, Addison, Texas 75001-9013 |
| 15018544 | + | Email/Text: bankruptcy@greenskycredit.com | Jun 11 2024 11:11:00 | Greensky, LLC/Home Depot Loan Services, 1797 Northeast Expressway, Ste. 100, Atlanta, GA 30329-2451 |
| 15007486 | | Email/Text: sb_jira_integration@happymoney.com | Jun 11 2024 11:11:00 | Payoff Inc., 3200 Park Center Drive, Suite 800, Costa Mesa, CA 92626 |
| 15007482 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 11 2024 11:18:53 | Home Depot - CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 15007483 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 11 2024 11:11:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15007475 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 11 2024 11:29:27 | Chase, Po Box 15298, Wilmington, DE 19850 |
| 15160181 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 11 2024 11:18:54 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15007484 | + | Email/Text: bnc@nordstrom.com | Jun 11 2024 11:11:48 | Nordstrom, 13531 E. Caley Avenue, Englewood, CO 80111-6505 |
| 15020830 | + | Email/Text: bncnotifications@pheaa.org | Jun 11 2024 11:11:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 15053879 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 11 2024 11:11:00 | PNC Bank, National Association, PO Box 94982, Cleveland OH 44101 |
| 15053281 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 11 2024 11:29:30 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15007487 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 11 2024 11:29:30 | Paypal Credit, Po Box 71202, Charlotte, NC 28272-1202 |
| 15016424 | + | Email/Text: ebnpeoples@grblaw.com | Jun 11 2024 11:11:00 | Peoples Gas Company LLC, f/k/a Peoples TWP, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 15049705 | | Email/Text: bnc-quantum@quantum3group.com | Jun 11 2024 11:11:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15007490 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 11 2024 11:19:00 | SYNCB/Old Navy, PO Box 965005, Orlando, FL 32896-5005 |
| 15054242 | + | Email/Text: bncmail@w-legal.com | Jun 11 2024 11:11:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 15008124 | | ^ MEBN | Jun 11 2024 11:12:49 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jun 10, 2024 | Form ID: pdf900 | Total Noticed: 44 |

| | | | | |
|---|---|---|---|---|
| 15047849 | + Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jun 11 2024 11:11:00 | 23541-1021 Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 | |
| 15007491 | + Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jun 11 2024 11:11:00 | Toyota Motor Credit, 4 Gathall Drive, Suite 350, Parsippany, NJ 07054-4522 | |

TOTAL: 37

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Andrews Federal Credit Union |
| cr | | Toyota Lease Trust |
| 15007479 | | EQT |
| 15007480 | | Father |
| cr | * | ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15007472 | *+ | Andrews Federal Credit Union, 5711 Allentown Road, Suite 400, Suitland, MD 20746-4547 |

TOTAL: 4 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 12, 2024        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 10, 2024 at the address(es) listed below:

**Name** **Email Address**

A Lysa Simon
   on behalf of Creditor Andrews Federal Credit Union culawyers@earthlink.net

Christopher A. DeNardo
   on behalf of Creditor Andrews Federal Credit Union logsecf@logs.com

Denise Carlon
   on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com

Karina Velter
   on behalf of Creditor Andrews Federal Credit Union karina.velter@powerskirn.com Kaitlyn.Pemper@powerskirn.com

Keri P. Ebeck
   on behalf of Creditor Toyota Lease Trust kebeck@bernsteinlaw.com
   btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Kevin Scott Frankel
   on behalf of Creditor Andrews Federal Credit Union pabk@logs.com logsecf@logs.com

Lauren M. Lamb
   on behalf of Debtor Ashley M. Yohe
   julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;
   rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

District/off: 0315-2 | User: auto | Page 4 of 4
Date Rcvd: Jun 10, 2024 | Form ID: pdf900 | Total Noticed: 44

Lily Christina Calkins
    on behalf of Creditor Andrews Federal Credit Union logsecf@logs.com lilychristinacalkins@gmail.com

Mario J. Hanyon
    on behalf of Creditor Andrews Federal Credit Union wbecf@brockandscott.com mario.hanyon@brockandscott.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Gas Company LLC f/k/a Peoples TWP LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com

TOTAL: 12